# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORTHWESTERN CORPORATION, | Bankruptcy Case No. 03-12872 (JLP) |
| Reorganized Debtor. | |
| MAGTEN ASSET MANAGEMENT CORPORATION, | |
| Appellant, | CA 04-1389-JJF |
| v. | |
| NORTHWESTERN CORPORATION, | |
| Appellee. | |

## ORDER GRANTING NORTHWESTERN CORPORATION'S MOTION FOR LEAVE TO SUBMIT OPENING BRIEF WHICH EXCEEDS 40 PAGES

THE COURT having considered Appellee NorthWestern Corporation's ("**NorthWestern**") motion (the "**Motion**"), pursuant to D. Del. LR 7.1.3, to submit the Memorandum of Law[1] in support of its Motion to Dismiss, filed on March 10, 2005; and the Court finding that the Memorandum of Law will further the Court's resolution of these matters;

IT IS HEREBY ORDERED that:

1.  NorthWestern's filing of the Memorandum of Law is approved.

2.  The Memorandum of Law will be considered by the Court in deciding the Motion to Dismiss.

---

[1]    Capitalized terms not otherwise defined herein, shall have the meanings ascribed to them in the Motion.

Dated: _____, 2004.


                                        _____
                                        Hon. Joseph J. Farnan
                                        United States District Judge