IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | Chapter 11 |
| NORTHWESTERN CORPORATION, : | Bankruptcy Case No. 03-12872(CGC) |
| MAGTEN ASSET MANAGEMENT CORP. : | |
| Appellant, : | Civil Action No. 04-1389 JJF (Consolidated) |
| v. : | |
| Northwestern Corporation, : | |
| Appellee. : | |

**ORDER**

WHEREAS, by letter dated February 9, 2005, the parties have reached a global settlement of the appeal;

NOW THEREFORE, IT IS HEREBY ORDERED that this case is **STAYED** and **CLOSED** administratively. The parties shall file a formal Stipulation of Dismissal which may include terms of the settlement within sixty (60) days of the date of this Order. The Court will retain jurisdiction for the said sixty (60) days and will reopen this matter upon the application of any party.

April 27, 2005
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE