


Phone: 302-425-6424
Fax: 302-428-5100
Email: battista@blankrome.com

May 2, 2005

**BY HAND**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

    Re: <u>Magten Asset Management Corporation v. NorthWestern Corporation; Civil Action No. 04-1389 (JJF)</u>

Dear Judge Farnan:

We are co-counsel for Magten Asset Management Corporation ("Magten"), the Appellant in the above-referenced matter. On April 27, 2005, this Court entered an Order closing the above-captioned matter because of a global settlement reached between the parties (the "Settlement"). Although this Court was notified of the Settlement on February 9, 2005, events have since transpired that have led to the Bankruptcy Court's denial of the Settlement, which denial has been appealed to this Court and assigned to mediation.

Therefore, because there is no Settlement, Magten respectfully requests that the above-captioned case be re-opened.

                          Respectfully submitted,

                          Elio Battista, Jr.

cc: Bonnie Steingart, Esquire
     Gary L. Kaplan, Esquire
     Scott D. Cousins, Esquire



The Honorable Joseph J. Farnan, Jr.
May 2, 2005
Page 2

    Jesse Austin, Esquire
    Karol K. Denniston, Esquire
    Neil B. Glassman, Esquire
    Charlene D. Davis, Esquire
    Alan W. Kornberg, Esquire
    Ephraim I. Diamond, Esquire
        (All of the above via facsimile)