IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NORTHWESTERN CORPORATION, ) | Bankruptcy Case No. 03-12872 (JLP) |
| ) | |
| MAGTEN ASSET MANAGEMENT CORP., ) | |
| ) | |
| Appellant, ) | CV. 04-1389 (JJF) |
| ) | |
| v. ) | |
| ) | |
| NORTHWESTERN CORPORATION, ) | |
| ) | |
| Appellee. ) | |

## AFFIDAVIT OF SERVICE

I, Carolyn B. Fox, being duly sworn according to law, deposes and says that I am employed by Greenberg Traurig, LLP, attorneys for the Defendant in the above captioned action, and that on the 4th day of May, 2005, caused copies of the Order that this case is Stayed and Closed Administratively to be served upon the attached service list via Hand Delivery on Local Counsel and First Class, United States Mail on the remaining parties.

Dated: May 9, 2005

Carolyn B. Fox

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid

Notary Public
My Commission Expires:
DONA K. KINTZ
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 28, 2006

DEL-FS1\138082v01

**VIA HAND DELIVERY**
Elio Batista, Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, Delaware 19801
*Local Counsel for Magten Asset Management Corporation*

**VIA U.S. MAIL**
Alan W. Kornberg, Esq.
Marc D. Skapof, Esq.
Ephraim I. Diamond, Esq.
Tailia Gil, Esq.
Paul Weiss Rifking Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
*Official Committee of Unsecured Creditors*

**VIA U.S. MAIL**
Gary Kaplan, Esq.
Fried, Frank, Harris, Shriver & Jacobsen LLP
One New York Plaza
New York, New York 10004
*Counsel for Magten Asset Management Corporation*

**VIA U.S. MAIL**
John V. Snellings, Esq.
Nixon & Peabody LLP
100 Summer Street
Boston, Massachusetts 02100
*Counsel for Law Debenture Trust Company of New York*

**VIA HAND DELIVERY**
Kathleen M. Miller, Esquire
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
*Magten Asset Management Corporation*

**VIA HAND DELIVERY**
Eric M. Sutty, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
*Official Committee of Unsecured Creditors*