# Greenberg Traurig

William E. Chipman, Jr.
Tel. 302.661.7371
Fax 302.661.7360
Chipmanw@gtlaw.com

May 24, 2005

**VIA HAND-DELIVERY**
The Honorable Joseph J. Farnan, Jr.
UNITED STATES DISTRICT COURT
844 King Street
Lock Box 27
Wilmington, DE 19801

    Re:    Magten Asset Management Corporation v. Northwestern Corporation,
            CA 04-1389-JJF

Dear Judge Farnan:

       The undersigned, along with Paul, Hastings, Janofsky & Walker LLP, are counsel to NorthWestern Corporation ("NorthWestern") in the above referenced appeal. We are in receipt of Your Honor's order, dated May 23, 2005, setting a briefing schedule on the merits of the underlying appeal (the "Order"). On March 10, 2005, NorthWestern a Motion (i) to Dismiss Consolidated Appeals of Magten Asset Management Corporation; and (ii) for Leave to Submit Opening Brief which Exceeds 40 Pages (the "Motion to Dismiss") [Docket No. 40]. Because the mediation of this matter has concluded, NorthWestern believes that the Motion to Dismiss is no longer stayed. NorthWestern, respectfully requests that the Court resolve the Motion to Dismiss, before briefing on the underlying appeal goes forward. The Debtor believes that the Motion to Dismiss will narrow or resolve the issues to be addressed in connection with the appeal.

       NorthWestern has also noticed that the Order requires both appellant's opening brief and appellee's answering brief to be filed concurrently, within fifteen days of the date of the Order. NorthWestern believes that the Court may have meant the answering brief is due within fifteen days of the filing of the opening brief. To the extent Your Honor does not vacate the Order in favor of resolving the Motion to Dismiss, NorthWestern requests clarification on when it's answering brief is due.

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DENVER
FORT LAUDERDALE
LOS ANGELES
MIAMI
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
SILICON VALLEY
TALLAHASSEE
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
WILMINGTON
ZURICH

Greenberg Traurig, LLP | Attorneys at Law | Brandywine Building | 1000 West Street | Suite 1540 | Wilmington, DE 19801
Tel 302.661.7000 | Fax 302.661.7360

www.gtlaw.com

The Honorable Joseph J. Farnan, Jr.
May 24, 2005
Page 2

       As always, counsel are available at the Court's convenience should Your Honor have any questions or concerns regarding the forgoing.

Respectfully,

*/s/ William E. Chipman, Jr.*

William E. Chipman, Jr.

cc:    Bonnie Steingarten, Esquire (via email and facsimile)
       Mark S. Kenney, Esquire (via email and facsimile)
       Kathleen M. Miller, Esquire (via email and facsimile)
       Charlene D. Davis, Esquire (via email and facsimile)
       Ian Connor Bifferato, Esquire (via email and facsimile)
       Elio Battista, Jr., Esquire (via email and facsimile)
       David L. Finger, Esquire (via email and facsimile)
       Jesse H. Austin, III, Esquire (via email and facsimile)
       Scott D. Cousins, Esquire (via hand)