**Fried, Frank, Harris, Shriver & Jacobson LLP**
One New York Plaza
New York, NY 10004-1980
Tel: 212.859.8000
Fax: 212.859.4000
www.friedfrank.com



Direct Line: 212.859.8004
Fax: 212.859.8585
steinbo@ffhsj.com

May 26, 2005

*Via Hand Delivery and Electronic Mail*

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street , Room 4124
Lock Box 27
Wilmington, DE 19801

      Re:  <u>Magten Asset Management Corporation ("Magten") v. NorthWestern Corporation ("NorthWestern"); Civil Action No. 04-1389 (JJF)(consolidated) (the "Appeal")</u>

Dear Judge Farnan:

      Together with Blank Rome LLP, we are counsel for Magten, the Appellant in the above-referenced matter. We have received your Honor's order (the "Order") dated May 23, 2005, setting a briefing schedule with respect to the merits of the Appeal, as well as NorthWestern's letter to your Honor requesting that the Court resolve NorthWestern's motion to dismiss (the "Motion to Dismiss") prior to briefing the merits of the Appeal. Magten believes that the issues to be decided in the Motion to Dismiss are intricately intertwined with the substantive issues to be decided in the Appeal. As such, Magten respectfully requests that the Court consider the Motion to Dismiss at the same time it considers the merits of the Appeal, in accordance with the Court's Order.

      In addition, Magten has contacted NorthWestern's counsel so that the parties may reach an agreed upon briefing schedule. In the event we reach a consensual briefing schedule, the parties will submit a revised schedule to the Court in accordance with the Order.

A Delaware Limited Liability Partnership
New York • Washington • Los Angeles • London • Paris

Fried, Frank, Harris, Shriver & Jacobson LLP

                                                     May 26, 2005
                                                     Page 2

       Thank you for your consideration of this matter. If you have any questions, counsel is available to address any issues.

                                                     Sincerely,

                                                     Bonnie Steingart *(BN)*

                                                     Bonnie Steingart

cc:    Gary Kaplan, Esq.
        Mark Packel, Esq.
        Elio Battista, Esq.
        David Jenkins, Esq.
        Kathleen M. Miller, Esq.
        Neil Glassman, Esq.
        Charlene Davis, Esq.
        David L. Finger, Esq.
        Scott D. Cousins, Esq.
        William E. Chipman, Jr., Esq.
        Jesse H. Austin, III, Esq.
        Steven Reisman, Esq.