# Greenberg Traurig

William E. Chipman, Jr.
Tel. 302.661.7371
Fax 302.661.7360
Chipmanw@gtlaw.com



May 26, 2005

**VIA HAND-DELIVERY**
The Honorable Joseph J. Farnan, Jr.
UNITED STATES DISTRICT COURT
844 King Street
Lock Box 27
Wilmington, DE 19801

    Re:    **Magten Asset Management Corporation v. Northwestern Corporation, CA 04-1389-JJF**

Dear Judge Farnan:

    As Your Honor is aware, the undersigned, along with Paul, Hastings, Janofsky & Walker LLP, are counsel to NorthWestern Corporation ("NorthWestern") in the above referenced appeal. We are in receipt of counsel for Magten Asset Management Corporation's ("Magten") May 26 letter to Your Honor. NorthWestern respectfully disagrees with Magten's conclusion that the issues to be decided in the motion to dismiss are intricately intertwined with the substantive issues to be decided on appeal. The motion to dismiss is based upon equitable mootness. NorthWestern believes that briefing on the substantive issues is unnecessary, pending the Court's decision on whether the appeal is equitably moot. Accordingly, the Court should set a briefing schedule on the motion to dismiss and not on the substantive appeal.

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DENVER
FORT LAUDERDALE
LOS ANGELES
MIAMI
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
SILICON VALLEY
TALLAHASSEE
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
WILMINGTON
ZURICH

Greenberg Traurig, LLP | Attorneys at Law | Brandywine Building | 1000 West Street | Suite 1540 | Wilmington, DE 19801
Tel 302.661.7000 | Fax 302.661.7360
www.gtlaw.com

Judge Farnan
May 26, 2005
Page 2

       Additionally, NorthWestern is working with Magten's counsel on a revised briefing schedule and will submit a revised schedule to the Court once it is finalized. If the Court believes it would be helpful to discuss the briefing schedule and which issues are to be briefed, counsel are available at the Court's convenience.

                              Respectfully,

                              William E. Chipman, Jr.

cc:    Bonnie Steingarten, Esquire (via email and facsimile)
        Mark S. Kenney, Esquire (via email and facsimile)
        Kathleen M. Miller, Esquire (via email and facsimile)
        Charlene D. Davis, Esquire (via email and facsimile)
        Ian Connor Bifferato, Esquire (via email and facsimile)
        Elio Battista, Jr., Esquire (via email and facsimile)
        David L. Finger, Esquire (via email and facsimile)
        Jesse H. Austin, III, Esquire (via email and facsimile)
        Scott D. Cousins, Esquire (via hand)