PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000
FACSIMILE (212) 757-3990

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER
212-373-3209

WRITER'S DIRECT FACSIMILE
212-373-2053

WRITER'S DIRECT E-MAIL ADDRESS
akornberg@paulweiss.com

1615 L STREET, NW
WASHINGTON, DC 20036-5694
TELEPHONE (202) 223-7300
FACSIMILE (202) 223-7420

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101
FACSIMILE (81-3) 3597-8120

ORIENTAL PLAZA, TOWER E3
SUITE 1205
NO. 1 EAST CHANG AN AVENUE
DONG CHENG DISTRICT
BEIJING, 100738
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 8518-8828
FACSIMILE (86-10) 8518-2760/61

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2536-9933
FACSIMILE (852) 2536-9622

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U K
TELEPHONE (44 20) 7367 1600
FACSIMILE (44 20) 7367 1650

MARK H. ALCOTT
ALLAN J. ARFFA
ROBERT A. ATKINS
JOHN F. BAUGHMAN
LYNN B. BAYARD
DANIEL J. BELLER
MITCHELL L. BERG
MARK S. BERGMAN
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
RICHARD S. BORISOFF
HENK BRANDS
JOHN F. BREGLIO
RICHARD J. BRONSTEIN
PATRICK S. CAMPBELL*
JEANETTE K. CHAN
YVONNE Y F CHAN
DOUGLAS A. CIFU
LEWIS R. CLAYTON
JAY COHEN
KELLEY A. CORNISH
DOUGLAS R. DAVIS
JAMES M. DUBIN
LESLIE GORDON FAGEN
MARC FALCONE
PETER L. FELCHER
PETER E. FISCH
ROBERT C. FLEDER
MARTIN FLUMENBAUM
ANDREW J. FOLEY
HARRIS B. FREIDUS
KENNETH A. GALLO*
MICHAEL E. GERTZMAN
PAUL D. GINSBERG
ERIC S. GOLDSTEIN
ERIC GOODISON
CHARLES H. GOOGE, JR
ANDREW G. GORDON
BRUCE A. GUTENPLAN
GAINES GWATHMEY, III
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
GERARD E. HARPER
BRIAN S. HERMANN
ROBERT M. HIRSH
JOYCE S. HUANG
JEH CHARLES JOHNSON
MEREDITH J. KANE
ROBERTA A. KAPLAN
BRAD S. KARP
JOHN C. KENNEDY
ALAN W. KORNBERG
DANIEL J. KRAMER

DAVID K. LAKHDHIR
JOHN E. LANGE
DANIEL J. LEFFELL
MARTIN LONDON
JEFFREY D. MARELL
MARCO V. MASOTTI
EDWIN S. MAYNARD
TOBY S. MYERSON
JOHN E. NATHAN
ALEX YOUNG K. OH
JOHN J. O'NEIL
KELLEY D. PARKER
ROBERT P. PARKER*
MARC E. PERLMUTTER
MARK F. POMERANTZ
VALERIE E. RADWANER
CAREY R. RAMOS
CARL L. REISNER
WALTER RIEMAN
RICHARD A. ROSEN
ANDREW N. ROSENBERG
STEVEN B. ROSENFELD
PETER J. ROTHENBERG
RAPHAEL M. RUSSO
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
DALE M. SARRO
TERRY E. SCHIMEK
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JAMES H. SCHWAB
MICHAEL J. SEGAL
STEPHEN J. SHIMSHAK
DAVID R. SICULAR
MOSES SILVERMAN
STEVEN SIMKIN
JOSEPH J. SIMONS
MARILYN SOBEL
TARUN M. STEWART
AIDAN SYNNOTT
ROBYN F. TARNOFSKY
JULIA L. TARVER
JUDITH R. THOYER
DANIEL J. TOAL
MARK A. UNDERBERG
MARIA T. VULLO
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
LISA YANO
JORDAN E. YARETT
ALFRED D. YOUNGWOOD
TONG YU

*NOT ADMITTED TO NEW YORK BAR

May 31, 2005

<u>Via Hand Delivery and Electronic Mail</u>

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street, Room 4124
Lock Box 27
Wilmington, DE 19801

    Re:    <u>Magten Asset Management Corp. v. NorthWestern Corporation;
Civil Action No. 04-1389 (JJF) (consolidated)</u>

Dear Judge Farnan:

    Along with the Bayard Firm, we are counsel to the Plan Committee, successor to the Official Committee of Unsecured Creditors and appointed in the chapter 11 case of NorthWestern Corporation ("NOR"), chapter 11 case no. 03-12872 (JLP), pursuant to Section 7.9 of NOR's Second Amended and Restated Plan of Reorganization under Chapter 11 of the Bankruptcy Code.

    With regard to the briefing schedule for the above-referenced appeal, we write this letter in support of counsel for NOR's letters dated May 24, 2005 and May 26, 2005 requesting that this Court resolve NOR's motion to dismiss dated March 10, 2005 (the "Motion to Dismiss"), before briefing on the underlying appeal goes forward. The Plan Committee agrees that resolution of the Motion to Dismiss based on the equitable mootness of the appeal will dispose of this matter and obviate the need for further

Doc #:NY6:983694.2

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Judge Joseph J. Farnan, Jr.
May 31, 2005
Page 2

briefing. Thus, the Plan Committee supports NOR in its request that the Court set a schedule which provides that the parties and the Court address the Motion to Dismiss before parties are required to submit their briefs on the merits of the underlying appeal.

We are available at the Court's convenience should Your Honor have any questions regarding this matter.

Respectfully submitted,

Alan W. Kornberg

cc:  Bonnie Steingart, Esq. (via e-mail and facsimile)
Mark S. Kenney, Esq. (via e-mail and facsimile)
Kathleen M. Miller, Esq. (via e-mail and facsimile)
Charlene D. Davis, Esq. (via e-mail and facsimile)
Ian Connor Bifferato, Esq. (via e-mail and facsimile)
Elio Battista, Jr., Esq. (via e-mail and facsimile)
David L. Finger, Esq. (via e-mail and facsimile)
Jesse H. Austin, III, Esq. (via e-mail and facsimile)
Scott D. Cousins, Esq. (via e-mail and facsimile)
Steven Reisman, Esq. (via e-mail and facsimile)
Neil Glassman, Esq. (via e-mail and facsimile)

Doc #:NY6:983694.2