IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | Chapter 11 |
| NORTHWESTERN CORPORATION, : | |
| : | Bankruptcy No. 03-12872(CGC) |
| Debtor. : | |
| : | |
| MAGTEN ASSET MANAGEMENT CORP., : | |
| : | |
| Appellant, : | |
| : | |
| v. : | Civil Action No. 04-1389-JJF |
| : | |
| NORTHWESTERN CORP., : | |
| : | |
| Appellee. : | |

**O R D E R**

WHEREAS, the Court was notified by letter (D.I. 47) from the Special Master/ Mediator that mediation of the above-captioned appeal was unsuccessful;

WHEREAS, the Court issued an Order requiring briefing on the appeal (D.I. 48);

WHEREAS, Debtor's filed a Motion (i) to Dismiss Consolidated Appeals of Magten Asset Management Corporation; and (ii) for Leave to Submit Opening Brief Which Exceeds 40 Pages (D.I. 40) while the parties in this matter were conducting the mandatory mediation of the above-captioned appeal;

WHEREAS, the parties have filed several letters regarding briefing in this case (D.I. 49, 50, 51, 52, 53);

WHEREAS, the Court will require briefing on the Motion concurrent with the briefing on the Appeal;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) The parties shall file an agreed upon briefing schedule for the issues on appeal by no later than **June 10, 2005**.

2) The Appellant shall file an Answering Brief to the Motion to Dismiss by **June 20, 2005**.

3) The Appellee shall file any Reply no later than **June 30, 2005**.

_June 6, 2005_
DATE

/s/ Joseph J. Farnan, Jr.
UNITED STATES DISTRICT JUDGE