IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ) | | Chapter 11 |
|     NORTHWESTERN CORP. ) | | Bankruptcy Case No. 03-12872 (JLP) |
| ) | | |
|     Debtor. ) | | |
| Magten Asset Management Corp., ) | | |
| ) | | |
|     Appellant ) | | |
| v. ) | | Civil Action No. 04-1389-JJF |
| NorthWestern Corp., ) | | |
| ) | | |
|     Appellee ) | | |

## STIPULATION AND ORDER ESTABLISHING BRIEFING SCHEDULE

WHEREAS on October 25, 2004, Magten Asset Management Corporation (the "Appellant"), filed a notice of appeal under 28 U.S.C. § 158(a) in the United States Bankruptcy Court for the District of Delaware (the "Confirmation Appeal");

WHEREAS on December 10, 2004, the Confirmation Appeal was docketed in the District Court for the District of Delaware;

WHEREAS on October 26, 2004, Appellant, filed a notice of appeal under 28 U.S.C. § 158(a) in the United States Bankruptcy Court for the District of Delaware (the "MOU Appeal");

WHEREAS on December 9, 2004, the MOU Appeal was docketed in the District Court for the District of Delaware;

WHEREAS on December 30, 2004, the District Court for the District of Delaware entered an order consolidating the Confirmation Appeal and the MOU Appeal (the "Consolidated Appeals").

IT IS HEREBY STIPULATED, AGREED AND ORDERED by and between Appellant and NorthWestern Corporation (the "Appellee"), that:

120087.01600/40154354v1

1. Appellant shall have through and including June 30, 2005 to file and serve an answering brief and supporting memoranda, affidavit and appendix in opposition to the Appellee's motion to dismiss the Consolidated Appeals.

2. Appellee shall have through and including July 12, 2005 to file and serve a reply brief and supporting memoranda, affidavit and appendix in response to any answering brief filed by Appellant in opposition to Appellee's motion to dismiss the Consolidated Appeals.

3. Appellant shall have through and including July 15, 2005 to file and serve an opening brief and supporting memoranda, affidavit and appendix in support of the Consolidated Appeals.

4. Appellee shall have through and including August 12, 2005 to file and serve an answering brief and supporting memoranda, affidavit and appendix in opposition of the Consolidated Appeals.

5. Appellant shall have through and including August 26, 2005 to file and serve a reply brief and supporting memoranda, affidavit and appendix in response to any answering brief filed by Appellee in opposition of the Consolidated Appeals.

| BLANK ROME LLP | GREENBERG TRAURIG, LLP |
|---|---|
| *signature* | *signature* |
| Mark J. Packel (DE No. 4048) | Scott D. Cousins (DE No. 3079) |
| Elio Battista, Jr. (DE No. 3814) | William E. Chipman, Jr. (DE No. 3818) |
| 1201 Market Street, Suite 800 | 1000 West Street, Suite 1540 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Telephone: (302) 425-6400 | Telephone: (302) 661-7000 |
| -and- | -and- |

120087.01600/40154354v1

| | |
|---|---|
| **FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP** | **PAUL, HASTINGS, JANOFSKY & WALKER LLP** |
| Bonnie Steingart | Jesse H. Austin, III, Esq. |
| Gary L. Kaplan | Karol K. Denniston, Esq. |
| One New York Plaza | 600 Peachtree Street, Suite 2400 |
| New York, NY 10004 | Atlanta, GA 30308 |
| Telephone: (212) 859-8000 | Telephone: (404) 815-2400 |
| Attorneys for Appellant | Attorneys for Appellee |

**SO ORDERED**, this _____ day of _____, 2005

_____
The Honorable Joseph J. Farnan
United States District Court Judge

120087.01600/40154354v1