IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NORTHWESTERN CORPORATION, <br><br> Debtor. | Chapter 11 <br><br> Case No. 03-12872 (JLP) |
| MAGTEN ASSET MANAGEMENT CORP. <br><br> Appellant, <br> v. <br><br> NORTHWESTERN CORPORATION, <br><br> Appellee. | CA NO. 04-1389 (JJF) |

**APPENDIX OF EXHIBITS TO MEMORANDUM OF LAW OF MAGTEN ASSET MANAGEMENT CORPORATION IN SUPPORT OF OPPOSITION TO (I) NORTHWESTERN CORPORATION'S MOTION TO DISMISS THE CONSOLIDATED APPEALS AND (II) JOINDER OF PLAN COMMITTEE TO NORTHWESTERN CORPORATION'S MOTION TO DISMISS**

| | | |
|---|---|---|
| FRIED, FRANK, HARRIS, SHRIVER <br> & JACOBSON LLP <br> Bonnie Steingart <br> Gary L. Kaplan <br> One New York Plaza <br> New York, NY 10004 <br> Telephone: (212) 859-8000 | -and- | BLANK ROME LLP <br> Mark J. Packel (DE No. 4048) <br> Elio Battista, Jr. (DE No. 3814) <br> 1201 Market Street, Suite 800 <br> Wilmington, DE 19801 <br> Telephone: (302) 425-6400 |

Counsel for Magten Asset Management Corporation

Dated: June 30, 2005
Wilmington, Delaware

## TABLE OF CONTENTS

NorthWestern Corporation Form 10K
for fiscal year ended December 31, 2004...................................................................................Exhibit A

Emergency Motion of Magten Asset Management
Corporation for a Stay Pending Appeal of the Order
Confirming the Debtor's Second Amended and
Restated Plan of Reorganization ................................................................................................Exhibit B

Notice of Substantial Consummation of the
Debtor's Second Amended and Restated Plan of
Reorganization Under Chapter 11 of the Bankruptcy Code ......................................................Exhibit C

Complaint to Revoke Order of Confirmation Pursuant
to Section 1144 of the Bankruptcy Code and Rule
7001(5) of the Federal Rules of Bankruptcy
Procedure and for Breach of Fiduciary Duty .............................................................................Exhibit D

Defendant's Motion to Stay Adversary Proceeding
Pending Resolution of Appeal of Confirmation Order
or, in the Alternative, to Dismiss Complaint..............................................................................Exhibit E