IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NORTHWESTERN CORPORATION, <br><br> Debtor. | Chapter 11 <br><br> Case No. 03-12872 (JLP) |
| MAGTEN ASSET MANAGEMENT CORP. <br><br> Appellant, <br> v. <br><br> NORTHWESTERN CORPORATION, <br><br> Appellee. | CA NO. 04-1389 (JJF) |

**APPENDIX OF EXHIBITS IN SUPPORT OF OPENING BRIEF OF APPELLANT**

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
Bonnie Steingart
Gary L. Kaplan
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000

-and-

**BLANK ROME LLP**
Mark J. Packel (DE No. 4048)
Elio Battista, Jr. (DE No. 3814)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400

Counsel for Magten Asset Management Corporation

Dated: July 15, 2005
Wilmington, Delaware

120087.01600/40155229v1

# TABLE OF CONTENTS

NorthWestern Corporation Form 10K
for fiscal year ended December 31, 2002 ................................................................................Exhibit A

Emergency Motion of Magten Asset Management
Corporation for a Stay Pending Appeal of the Order
Confirming the Debtor's Second Amended and
Restated Plan of Reorganization............................................................................................Exhibit B

Notice of Substantial Consummation of the
Debtor's Second Amended and Restated Plan of
Reorganization Under Chapter 11 of the Bankruptcy Code ...............................................Exhibit C