The Chief Executive Officer, the President, the Chief Financial Officer, the Secretary and Treasurer are elected annually by the Board of Directors. Other officers may be elected or appointed by the Board of Directors at any meeting. All officers serve at the pleasure of the Board of Directors.

## ITEM 2. PROPERTIES

NorthWestern's executive offices are located at 125 S. Dakota Avenue, Sioux Falls, South Dakota 57104, where we lease approximately 35,300 square feet of office space, pursuant to a lease that expires on June 30, 2003. We are currently in the process of renegotiating this lease. We anticipate that we will be able to renegotiate or extend this lease or secure additional space as necessary to support our operations. In February 2001, we executed a lease for approximately 14,000 square feet of office space at a building located at 4930 Western Avenue, Sioux Falls, South Dakota 57109. This lease expired April 3, 2003, at which time we consolidated our offices into the 125 S. Dakota Avenue facility.

NorthWestern Energy's principal corporate office is owned and located at 600 Market Street W., Huron, South Dakota 57350. Substantially all of NorthWestern Energy's South Dakota and Nebraska facilities are owned. NorthWestern Energy's Montana executive offices are located at 40 East Broadway Street, Butte, Montana 59701. NorthWestern Energy leases other offices throughout the state of Montana, including a 20,000 square foot facility in Butte, Montana, where we provide call center customer support services and conduct customer billing and other functions.

Expanets' executive offices are located at 9780 Mt. Pyramid Court, Englewood, Colorado 80112, where Expanets leases office space. In February 2002, we executed a seven-year lease for approximately 36,000 square feet of office space at a building located at 12300 E. Arapahoe Road, Englewood, Colorado. Expanets occupies this space and makes payments directly to the Lessor. The commencement date of this lease was July 1, 2002. Expanets locates its information technology and intellectual property groups at the second location. Substantially all of Expanets' facilities are leased.

Blue Dot's executive offices are located at 125 S. Dakota Avenue, Sioux Falls, South Dakota 57104 where Blue Dot subleases approximately 7,500 square feet of office space from NorthWestern. Substantially all of Blue Dot's facilities are leased.

## ITEM 3. LEGAL PROCEEDINGS

Prior to 1999, The Montana Power Company was the largest, vertically integrated electric utility in the state of Montana, owning and operating generation, transmission and distribution facilities as well as operating a telecommunication business and other non-regulated assets such as oil and natural gas, coal, and independent power businesses. In 1999, The Montana Power Company sold its power

34

generating assets to PP&L Montana, LLC. Thereafter, The Montana Power Company's subsidiary Entech, Inc. undertook a series of sales of The Montana Power Company's non-regulated energy businesses (i.e., its coal, oil and natural gas businesses), and its out-of-state independent power-production business, to several third parties (collectively, the "Entech Sales"). The sale of the power generating assets and the Entech Sales took place over a period of time from December 1999 to April 2001.

On August 16, 2001, eight individuals filed a lawsuit in Montana State District Court, entitled *McGreevey, et al. v. The Montana Power Company*, et al., DV-01-141, 2nd Judicial District, Butte-Silver Bow County, MT,

naming The Montana Power Company, all of its outside directors and certain officers, PPL Montana, and Goldman Sachs as defendants (the "Litigation"), alleging that The Montana Power Company and its directors and officers and investment bankers had a legal obligation and/or a fiduciary duty to obtain shareholder approval before consummating the sale of the electric generation assets to PPL Montana. The plaintiffs further allege that because The Montana Power Company shareholders did not vote to approve the sale, the sale of its generation assets is void and PPL Montana is holding these assets in constructive trust for the shareholders. Alternatively, the plaintiffs allege that The Montana Power Company shareholders should have been allowed to vote on the sale of the generation assets and, if an appropriate majority vote was obtained in favor of the sale, the objecting shareholders should have been given dissenters' rights. The plaintiffs have amended the complaint to add Milbank Tweed (legal advisors to The Montana Power Company and Touch America), The Montana Power, L.L.C., Touch America Holdings, Inc. and the purchasers of the energy-related assets and have claimed that The Montana Power Company and the other defendants engaged in a series of integrated transactions to sell all or substantially all of its assets and deprive the shareholders of a vote.

After denying the original defendants' motions to dismiss the complaint, upon plaintiffs' motion, the court certified a class consisting of shareholders of record as of December 1999. The court has also, upon plaintiffs' motion, added Clark Fork and Blackfoot LLC as a successor to The Montana Power Company and NorthWestern as an additional defendant as a result of the sale of substantially all of the assets and liabilities from NorthWestern Energy LLC to NorthWestern. Recently, the case has been removed to federal court in Montana upon a petition by Milbank Tweed. Plaintiffs filed a motion to remand the action to state court. The parties are briefing the remand motion and the federal court after a hearing will decide whether or not the case remains in federal court. It is the position of all defendants that The Montana Power Company and its former directors and officers have fully complied with their statutory and fiduciary duties and no shareholder vote was required. Accordingly, all defendants are defending the suit vigorously. We also believe that we have both substantive and procedural defenses to this action and accordingly, we will vigorously defend against any assertion to the effect that we have any liability in this matter.

In September 2000, The Montana Power Company established Touch America Holdings, Inc. as a new holding company with four subsidiaries, The Montana Power, L.L.C., Touch America, Inc., Tetragenics Company and Entech LLC (referred to as the "Restructuring"). Entech Inc. was merged into Entech LLC and the ownership of Entech LLC was distributed by The Montana Power, L.L.C. to Touch America Holdings, Inc. The Montana Power Company was merged into The Montana Power, L.L.C. with an exchange of The Montana Power Company common stock for Touch America Holdings, Inc. common stock on a one-for-one basis occurred. Certain assets and liabilities of The Montana Power Company subsequently were transferred to Touch America Holdings, Inc. Pursuant to a Unit Purchase Agreement signed on or about September 29, 2000, we acquired the former electric and natural gas transmission and distribution business of The Montana Power Company by purchasing the sole unit membership interest in The Montana Power, L.L.C. Subsequently, we renamed The Montana Power, L.L.C. as Northwestern Energy LLC. In November 2002, we acquired substantially all of NorthWestern Energy LLC's assets. Finally, NorthWestern Energy LLC was renamed again on November 20, 2002 to become Clark Fork and Blackfoot, L.L.C.

35

We believe that no shareholder vote was required for any of the transactions in question and that the shareholders had an opportunity to vote on the Touch America restructuring and NorthWestern's acquisition, which was fully approved by a supermajority of The Montana Power Company's shareholders in September 2001. In the event that we face liability, we believe that we have an indemnification claim against Touch America for adverse consequences resulting from that liability. In light of the financial difficulties experienced by the telecommunications industry, we are uncertain as to the ability of Touch America to satisfy its contractual indemnification claim arising from this litigation. At this early stage, however, we cannot predict the ultimate outcome of this matter or how it may affect our combined financial position, results of operations or cash flows.

In 1999, The Montana Power Company entered into an Asset Purchase Agreement with PPL Montana pursuant to which The Montana Power Company agreed to sell, among other assets, its portion of the 500-kilovolt transmission system associated with Colstrip Units 1, 2, and 3 for $97.1 million, subject to the receipt of required regulatory approvals. As part of the Touch America reorganization described above, The Montana Power, L.L.C. acquired The Montana Power Company's rights under the Asset Purchase Agreement. In September 2002, Clark Fork and Blackfoot, L.L.C. brought suit in Montana State District Court to compel PPL Montana to perform its obligations under the Asset Purchase Agreement and to recover damages. The case has been removed to the Federal District Court in Butte, Montana. We have filed a motion for partial summary judgment on the issue of specific performance of PPL Montana's obligation to complete the purchase. That motion has been fully briefed and is awaiting decision. NorthWestern believes its claims are meritorious and we intend to vigorously prosecute this litigation. At this early stage of the litigation, however, we cannot predict the ultimate outcome of this matter or how it may affect our financial position, results of operations, or cash flows. In addition, the disposition of any recovery from this lawsuit will be subject to review by the MPSC.

On or about March 7, 2003, plaintiff Dana Ross, individually and on behalf of a class of all others similarly situated, filed a complaint alleging breach of fiduciary duty and violations of federal securities fraud laws (including Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 thereunder) against Merle D. Lewis (the former Chairman and Chief Executive Officer of the Company), Kipp D. Orme (the Company's Vice President-Finance and Chief Financial Officer), and the Company. The lawsuit is entitled *Dana Ross, et al. v. Merle D. Lewis, et al.*; Case No. CIV03-4049, In the United States District Court of South Dakota, Southern Division. The putative class consists of all public investors who purchased common stock of NorthWestern from August 2, 2000 to December 13, 2002. Plaintiffs allege that defendants misrepresented NorthWestern's business operations and financial performance, overstated NorthWestern's revenue and earnings, among other things, by maintaining insufficient reserves for accounts receivables at Expanets, failed to disclose billing problems and lapses and data conversion problems, and failed to make full disclosures of problems (including the billing and data conversion issues) arising from the implementation of Expanets' EXPERT system. Plaintiffs' complaint alleges that NorthWestern's public statements, omissions, and failures to maintain adequate accounts receivables reserves artificially inflated NorthWestern's earnings and stock price, and that the class has been damaged as a result. The action seeks unspecified compensatory damages, rescission, and attorneys fees and costs as well as accountants and experts fees. The lawsuit has not yet been served. Given that it was only recently filed, we are not able to assess the likely outcome or risk of an adverse decision in this matter.

On February 18, 2003 our Board authorized a Special Committee of the Board to evaluate Mr. Hylland's performance and conduct in connection with the management of the Company and its subsidiaries. The Board directed the Special Committee to make detailed findings regarding the evaluated conduct and to recommend to the Board the appropriate action, if any, to be taken with respect thereto. The Special Committee is nearing the completion of its evaluation. On April 10, 2003 we received a letter from Mr. Hylland asserting that there has occurred a fundamental change in connection with his employment under his employment agreement. We have provided to Mr. Hylland a

36

notice that we have received his letter and will respond to him in due course. We have also notified Mr. Hylland that his notice may be defective for a number of reasons including failure to provide a reasonable time in which we have the right to cure. In any event, we dispute that a fundamental change has occurred and intend to vigorously defend any such claim.

We and our partner entities are parties to various other pending proceedings and lawsuits, but in the judgment of our management, the nature of such proceedings and suits and the amounts involved do not depart from the routine litigation and proceedings incident to the kinds of business we conduct, and management believes that such proceedings will not result in any material adverse impact on us.

**ITEM 4. SUBMISSION OF MATTERS TO A VOTE OF SECURITYHOLDERS**

No matters were submitted to a vote of our security holders during the quarter ended December 31, 2002.

37

---

**Part II**

**ITEM 5. MARKET FOR REGISTRANT'S COMMON EQUITY AND RELATED STOCKHOLDER MATTERS**

Our common stock, which is traded under the ticker symbol NOR, is listed on the New York Stock Exchange. The following are the high and low sale prices for our common stock for each full quarterly period in the periods shown and the cash dividends paid per share during each period:

QUARTERLY COMMON STOCK DATA

| | Prices | | Cash Dividends Paid |
|---|---|---|---|
| | High | Low | |
| *2003* | | | |
| First Quarter | $ 6.18 | $ 1.41 | — |
| *2002* | | | |
| First Quarter | $ 23.64 | $ 20.35 | $ .3175 |
| Second Quarter | $ 22.30 | $ 14.20 | $ .3175 |
| Third Quarter | $ 16.90 | $ 8.40 | $ .3175 |
| Fourth Quarter | $ 9.79 | $ 4.30 | $ .3175 |
| *2001* | | | |
| First Quarter | $ 25.65 | $ 21.63 | $ .2975 |
| Second Quarter | $ 26.75 | $ 21.75 | $ .2975 |
| Third Quarter | $ 23.10 | $ 20.90 | $ .2975 |
| Fourth Quarter | $ 22.35 | $ 18.25 | $ .3175 |

On April 10, 2003, the last reported sale price on the New York Stock Exchange for our common stock was $2.41.

Consistent with our turnaround plan to increase liquidity and reduce debt, the Board of Directors decided to terminate the historical practice of paying an annual cash dividend. We do not anticipate paying any cash dividends for the foreseeable future. In addition, we are currently prohibited from paying dividends on our common stock under Delaware law. To the extent that payment of a cash dividend on our common stock becomes permissible under Delaware law, we would only be able to pay a cash dividend on our common stock to the extent that all required distributions on our mandatorily redeemable preferred securities of our subsidiary trusts had been made. Our senior secured term loan also prohibits the payment of dividends during any period of default.

We have established four wholly owned, special-purpose business trusts, NWPS Capital Financing I, NorthWestern Capital Financing I, NorthWestern Capital Financing II and NorthWestern Capital Financing III, to issue common and preferred securities and hold subordinated debentures that we issue and The Montana Power Company established Montana Power Capital I (Trust) as a wholly owned business trust to issue common and preferred securities and hold subordinated debentures that it issued. We assumed the obligations of The Montana

Power Company under the subordinated debentures that it issued to Montana Power Capital I November 15, 2002. The sole assets of these trusts are the investments in subordinated debentures, which are interest bearing. We have the right, on one or more occasions, to defer interest payments in the subordinated debentures for up to 20 consecutive quarterly periods unless a default under the subordinated debentures has occurred and is continuing. If we defer interest payments on the subordinated debentures, cash distributions on our trust preferred securities will also be deferred. During this deferral period, distributions will continue to accumulate on both the trust preferred securities and deferred distributions at their respective rates. During any period in which we defer interest payments on the subordinated debentures, we will not, with some exceptions, be permitted to pay any dividends or distributions in respect of our capital stock;

38

redeem, purchase or make liquidation payments on our capital stock; make principal, premium or interest payments or repurchase or redeem any of our debt securities that rank equal with or junior to the subordinated debentures; or make any payments with respect to any guarantee of debt securities of any of our subsidiaries, including other guarantees, if such guarantee ranks equal with or junior to the subordinated debentures. Given our significant debt, our board of directors will review the appropriateness of each periodic interest payment under the subordinated debentures in light of, among other factors, the progress of our turnaround plan and our liquidity needs.

Blue Dot may not pay any dividend or make any distribution to NorthWestern, except under certain circumstances, without the consent of the lenders under its credit facility.

## Holders

As of April 7, 2003 there were 10,322 holders of record of 37,396,762 outstanding shares of our common stock.

## Securities Authorized for Issuance under Equity Compensation Plans

The following table presents summary information about our equity compensation plans, including our employee stock ownership plan, our stock option and incentive plan and any individual stock option arrangements not arising under any plan. The table presents the following data on plans approved by stockholders and plans not so approved, all as of the close of business on December 31, 2002 (treating all employee stock purchase plan transactions occurring on such date on an as-settled basis):

(i)   the aggregate number of shares of our common stock subject to outstanding stock options, warrants and rights;

(ii)   the weighted-average exercise price of those outstanding stock options, warrants and rights; and

(iii)   the number of shares that remain available for future option grants, excluding the number of shares to be issued upon the exercise of outstanding options, warrants and rights described in (a) above.

For additional information regarding our stock option plans and the accounting effects of our stock-based compensation, please see Notes 2 and 17 to our Financial Statements included in Item 8 herein.

| Plan category | Number of securities to be issued upon exercise of outstanding options, warrants and rights (a) | Weighted-average exercise price of outstanding options, warrants and rights (b) | Number of securities remaining available for future issuance under equity compensation plans (excluding securities reflected in column (a)) (1) (c) |
|---|---|---|---|
| **Equity compensation plans approved by security holders** | | | |
| (1) Stock Option and Incentive Plan | 1,538,165 | $ 22.49 | 1,815,357 |
| (2) Team Member Stock Purchase Plan | N/A(2) | N/A(2) | 954,469 |
| **Equity compensation plans not approved by security holders** | N/A | N/A | N/A |
| None | N/A | N/A | N/A |
| **Total** | 1,538,165 | | 2,769,826 |

(1)  The Stock Option and Incentive Plan, as amended, provides that 12.5% of the outstanding shares of Common Stock of the Company, as of January 1st of each year, are available for issuance under the plan.

39

(2)  Under the Team Member Stock Purchase Plan, shares are acquired at the time of investment by the participating team member, at the applicable discount price.

## ITEM 6. SELECTED FINANCIAL DATA

### FIVE-YEAR FINANCIAL SUMMARY

| | 2002 | 2001 | 2000 | 1999 | 1998 |
|---|---|---|---|---|---|
| | (in thousands except per share and shareholders data) | | | | |
| **Financial Results** | | | | | |
| Operating revenues | $ 1,991,509 | $ 1,723,978 | $ 1,709,474 | $ 757,940 | $ 419,452 |
| Gross margins | 896,100 | 654,622 | 608,990 | 328,889 | 198,419 |
| Operating expenses | 1,525,734 | 751,492 | 604,680 | 285,358 | 154,184 |
| Income (loss) from continuing operations | (629,634) | (96,870) | 4,310 | 43,531 | 44,235 |
| Interest expense | (129,536) | (49,248) | (37,982) | (20,978) | (15,546) |
| Investment income and other | (5,382) | 8,023 | 8,981 | 9,800 | 5,700 |
| Income (loss) from continuing operations before income taxes and minority interests | (764,552) | (138,095) | (24,691) | 32,353 | 34,389 |

| | | | | | |
|---|---|---|---|---|---|
| Benefit (provision) for income taxes | | 798 | 42,470 | 6,467 | (13,145) | (10,223) |
| Income (loss) from continuing operations before minority interests | | (763,754) | (95,625) | (18,224) | 19,208 | 24,166 |
| Minority interests in net loss of consolidated subsidiaries | | 14,914 | 141,448 | 67,820 | 24,788 | 5,315 |
| Discontinued operations, net of taxes and minority interests | | (101,655) | (1,291) | (43) | 667 | 910 |
| Extraordinary item, net of taxes | | (13,447) | — | — | — | — |
| Net income (loss) | $ | (863,942) | $ 44,532 $ | 49,553 $ | 44,663 $ | 30,391 |
| **Common Stock Data** | | | | | | |
| Basic earnings (loss) per share | $ | (30.04) | $ 1.54 $ | 1.85 $ | 1.64 $ | 1.45 |
| Diluted earnings (loss) per share | $ | (30.04) | $ 1.53 $ | 1.83 $ | 1.62 $ | 1.44 |
| Basic earnings (loss) per share from continuing operations | $ | (26.17) | $ 1.59 $ | 1.85 $ | 1.61 $ | 1.40 |
| Diluted earnings (loss) per share from continuing operations | $ | (26.17) | $ 1.58 $ | 1.83 $ | 1.59 $ | 1.39 |
| Average shares outstanding: | | | | | | |
| Basic | | 29,726 | 24,390 | 23,141 | 23,094 | 18,660 |
| Diluted | | 29,726 | 24,455 | 23,338 | 23,372 | 18,816 |
| Dividends paid per common share | $ | 1.27 | $ 1.210 $ | 1.130 $ | 1.050 $ | .985 |
| Annual dividend rate at year end | $ | 1.27 | $ 1.27 $ | 1.19 $ | 1.11 $ | 1.03 |
| Book value per share at year end | $ | (12.25) | $ 14.56 $ | 13.65 $ | 13.00 $ | 12.21 |
| Common stock price range: | | | | | | |
| High | $ | 23.640 | $ 26.750 $ | 23.937 $ | 27.125 $ | 27.375 |
| Low | $ | 4.300 | $ 18.250 $ | 19.125 $ | 20.625 $ | 20.250 |
| Close (at year end) | $ | 5.080 | $ 21.050 $ | 23.125 $ | 22.000 $ | 26.438 |
| Common shareholders at year end | | 9,885 | 10,358 | 10,371 | 10,475 | 10,116 |
| **Financial Position (as of December 31)** | | | | | | |
| Total assets | $ | 2,672,925 | $ 2,641,685 $ | 2,898,070 $ | 1,956,761 $ | 1,728,474 |
| Working capital | | 18,863 | (245,780) | 40,314 | 100,193 | 57,739 |
| Short-term debt | | 57,878 | 356,445 | 49,207 | 37,554 | 16,554 |
| Long-term debt, excluding current portion | | 1,704,016 | 411,349 | 583,708 | 340,978 | 259,373 |
| Total debt (including subsidiaries) | | 1,761,894 | 767,794 | 632,915 | 378,532 | 275,927 |
| Common shareholders' equity (deficit) | | (456,076) | 396,578 | 319,549 | 300,371 | 282,134 |
| Preferred stock not subject to mandatory redemption | | — | 3,750 | 3,750 | 3,750 | 3,750 |
| Preferred stock subject to mandatory redemption | | 370,250 | 187,500 | 87,500 | 87,500 | 87,500 |
| Ratio of earnings to fixed charges(1) | | — | — | — | 2.17 | 2.84 |

(1)  The fixed charges exceeded earnings, as defined by this ratio, by $764.6 million, $138.1 million and $24.7 million in 2002, 2001 and 2000, respectively.

**ITEM 7. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

The following discussion and analysis should be read in conjunction with "Item 6. Selected Financial Data" and our consolidated financial statements and related notes contained elsewhere in this Annual Report on Form 10-K. For additional information related to our industry segments, see Note 23 of "Notes to Consolidated Financial Statements" of our consolidated financial statements, which are included in Item 8 herein. For information regarding our revenues, profits/losses and assets, see our consolidated financial statements included in Item 8 hereof.

## OVERVIEW

We operate our business in five reporting segments:

- electric utility operations;
- natural gas utility operations;
- communications;
- HVAC, plumbing and related services; and
- all other, which primarily consists of our other miscellaneous service and non-energy related operations and activities that are not included in the other identified segments, together with the unallocated corporate costs and investments, and any eliminating amounts.

Our financial condition has been significantly and negatively affected by the poor performance of our non-energy businesses and our significant indebtedness. NorthWestern reported losses on common stock for the year ended December 31, 2002, of $892.9 million or $30.04 per diluted share, compared with earnings on common stock of $37.5 million or $1.53 per diluted share in 2001. Full-year 2002 results were negatively impacted by $878.5 million in charges as further described below.

In February 2003, we outlined the elements of a turnaround plan intended to strengthen our balance sheet and improve our financial performance. The primary elements of our turnaround plan are to focus on our core electric and natural gas utility business and a commitment to reduce our debt through the application of proceeds from the sale of non-core assets, including Expanets, Blue Dot, our Colstrip Transmission Line and the Montana First Megawatts generation project. Absent proceeds from the sale of non-core assets, significant improvements in the operating results of our non-energy businesses, restructuring of our debt or raising additional capital, we will not have the ability to materially reduce our debt and our ability to fund our operations and service our substantial indebtedness will be adversely affected.

Consolidated revenues for 2002 were $2.0 billion, a 15.5 percent increase from $1.7 billion in 2001. Sales growth in 2002 was driven primarily by an increase in revenues from our newly acquired Montana electric and natural gas operations of $590.5 million as well as increased sales of $48 million, at Blue Dot, our heating, ventilation and air conditioning business, primarily from acquisitions. Consolidated revenues were adversely impacted by decreased revenues from Expanets of $321.6 million, our communications services business, due to deteriorating telecommunications markets and problems with its EXPERT system.

Our electric and natural gas utility segments, combined, reported 2002 operating income of $145.0 million, compared with operating income of $45.9 million in 2001. Revenues for 2002 grew to $775.4 million, a substantial increase from revenues of $251.2 million in 2001. On February 15, 2002, we completed the acquisition of the electric and natural gas transmission and distribution business of The Montana Power Company for $478.0 million in cash and the assumption of $511.1 million in existing debt and mandatorily redeemable preferred securities of subsidiary trusts of The Montana Power Company, net of cash received. Results for 2002 include 11 months of Montana utility operations. In 2002, our Montana utility operations contributed $113.1 million in operating income,

41

with revenues of $562.6 million, excluding results from January 2002. South Dakota and Nebraska utility operations contributed $31.9 million in operating income in 2002, with revenues of $212.7 million.

For 2002, Expanets reported an operating loss of $391.9 million, compared with an operating loss of $102.6 million in 2001. Expanets' revenues for 2002 were $710.5 million, compared with $1.03 billion in 2001. The decline in revenue was the result of a downturn in the economy generally and the telecommunications equipment market specifically, a focus on higher margin revenues and challenges with Expanets' EXPERT system implementation that have contributed to erosion of Expanets' customer base. Results for 2002 were also adversely impacted by goodwill and long-lived asset impairments taken in the fourth quarter of 2002 of $288.7 million and a $65.8 million increase in reserves and write-offs for billing adjustments, accounts receivable and direct write-offs relating to complications with Expanets' EXPERT enterprise software system.

Blue Dot reported an operating loss in 2002 of $311.3 million, compared with an operating loss of $13.8 million in 2001. Blue Dot's results were impacted by goodwill and long-lived asset impairments in the fourth quarter of 2002 of $301.7 million and poor economic conditions. Revenues were $471.8 million in 2002, compared with revenues in 2001 of $423.8 million. The increase in revenues was primarily due to acquisitions made during 2001 and 2002.

In our All Other segment, we had an operating loss in 2002 of $71.4 million, compared with an operating loss of $26.4 million in 2001. Revenues for the All Other segment in 2002 were $33.9 million, an increase of $16.9 million from 2001. The increase was primarily due to $27.9 million from the newly acquired Montana non-utility operations, offset by reduced revenues from the South Dakota and Nebraska non-utility voice and data networks business, which was transferred to Expanets mid-year.

On August 20, 2002, NorthWestern purchased the lenders' interest in approximately $19.9 million of short-term debt, together with approximately $6.1 million in letters of credit, of CornerStone outstanding under CornerStone's credit facility, which NorthWestern had previously guaranteed. No further drawings may be made under this facility. In addition, NorthWestern is owed $13.5 million from CornerStone and NorthWestern also has $9.2 million in letters of credit outstanding on behalf of CornerStone. As of December 31, 2002, the net recorded value of our receivables from and letters of credit exposure related to CornerStone was an aggregate $21.1 million.

## SIGNIFICANT CHARGES FOR 2002

During 2002, we recorded the following charges aggregating approximately $878.5 million:

| | |
|---|---|
| • Impairment of Blue Dot goodwill and other long-lived assets | $ 301.7 million |
| • Impairment of Expanets goodwill and other long-lived assets | $ 288.7 million |
| • Discontinued operations of CornerStone Propane, net of tax benefits | $ 101.7 million |
| • Valuation allowance for deferred tax assets | $ 71.5 million |
| • Expanets billing adjustments and accounts receivable write-offs and reserves | $ 65.8 million |
| • Impairment of Montana First Megawatts project | $ 35.7 million |
| • Retirement of acquisition term loan, net of tax benefits | $ 13.4 million |

*Goodwill and Other Long-Lived Assets—Expanets and Blue Dot.*   We established our annual review of goodwill as required by SFAS No. 142, as of October 1, 2002. Impairment charges under the requirements of SFAS No. 142 and SFAS No. 144 for our goodwill and other long-lived assets were $301.7 million for Blue Dot and

$288.7 million for Expanets, including $69.6 million for the impairment of Expanets' EXPERT system. Various factors contributed to the significantly reduced valuations of

42

Expanets and Blue Dot, including lower than expected performance, revised growth rate assumptions and reduced holding period assumptions, which negatively impacted the fair value of Expanets and Blue Dot.

*Discontinued Operations of CornerStone.*    As a result of the deconsolidation transaction on November 1, 2002, we no longer have any economic interest in Cornerstone, other than the debt interests described above. During 2002, we recorded charges totaling $101.7 million for the write down of the value of our investment and financial arrangements in CornerStone and our share of net operating losses.

*Deferred Tax Allowance.*    As a result of the lower than expected performance and significant charges associated with our non-utility businesses, we evaluated the realization of our net deferred tax assets and determined that a valuation allowance was appropriate due to the uncertainty of realizing certain tax benefits in the future, which resulted in a charge of $71.5 million (excluding a tax valuation allowance totaling $78.0 million relating to the impairment of Blue Dot's and Expanets' goodwill and other long-lived assets and Expanets' billing adjustments, accounts receivable write-offs and reserves). The deferred tax assets consisted primarily of net operating loss carry forwards and temporary differences associated with our non-utility businesses.

*Expanets Adjustments and Write-Offs.*    Expanets recorded a reduction in revenues of $28.0 million for pending billing adjustments and recorded accounts receivable and other write-offs and related reserves of $37.8 million primarily related to complications with its EXPERT system billing and related data migration issues.

*Montana First Megawatts.*    As of and at December 31, 2002, we determined that absent regulatory approval of the Montana First Megawatts' power sales contract with NorthWestern Energy, the value of the project was equal to the estimated salvage value of project equipment. Accordingly, we recorded an impairment charge of $35.7 million against our investment of approximately $78.4 million in the project. Due to adverse changes to the independent power generation development market, absent receipt of necessary regulatory approvals of the power sales contract, there is no assurance that we will be able to sell this asset at a favorable price, if at all, and therefore, we may be required to take additional charges.

*Retirement of Acquisition Term Loan.*    In March 2002, we retired a $720 million term loan that was used for interim financing for the acquisition of the transmission and distribution business of The Montana Power Company. The recognition of deferred costs related to the interim financing resulted in an extraordinary loss of $13.4 million net of taxes.

## CRITICAL ACCOUNTING POLICIES AND ESTIMATES

Management's discussion and analysis of financial condition and results of operations is based on our consolidated financial statements, which have been prepared in accordance with accounting principles generally accepted in the United States. The preparation of these financial statements requires us to make estimates and assumptions that affect the reported amounts of assets, liabilities, revenues and expenses, and related disclosure of contingent assets and liabilities. We base our estimates on historical experience and other assumptions that are believed to be proper and reasonable under the circumstances. We continually evaluate the appropriateness of our estimates and assumptions, including those related to goodwill and intangible assets, impairment of long-lived assets, revenue recognition, allowance for doubtful accounts, and minority interest in consolidated subsidiaries, among others. Actual results could differ from those estimates.

We have identified the policies and related procedures below as critical to understanding our historical and

future performance, as these polices affect the reported amounts of revenue and the more significant areas involving management's judgments and estimates.

43

*Goodwill and Indefinite-Lived Intangible Assets*

We believe that the accounting estimate related to determining the fair value of goodwill, and thus any impairment, is a "critical accounting estimate" because: (i) it is highly susceptible to change from period to period since it requires company management to make cash flow assumptions about future revenues, operating costs and discount rates over an indefinite life; and (ii) recognizing an impairment has had a significant impact on the assets reported on our balance sheet and our operating results. Management's assumptions about future sales margins and volumes require significant judgment because actual margins and volumes have fluctuated in the past and are expected to continue to do so. In estimating future margins, we use our internal budgets.

SFAS No. 142 was issued during 2001 and is effective for all fiscal years beginning after December 15, 2001. According to the guidance set forth in SFAS No. 142, we are required to evaluate our goodwill and indefinite-lived intangible assets for impairment at least annually and more frequently when indications of impairment exist. Accounting standards require that if the fair value of a reporting unit is less than its carrying value including goodwill, an impairment charge for goodwill must be recognized in the financial statements. To measure the amount of the impairment loss to recognize, we compare the implied fair value of the reporting unit's goodwill with its carrying value. Our reporting units are consistent with our reporting segments as indentified in Note 23 of "Notes to Consolidated Financial Statements" included in Item 8 herein.

We adopted SFAS No. 142 effective January 1, 2002 and retained a third party appraisal firm who performed an evaluation and determined that no impairment charge was necessary at the date of adoption, and selected October 1 as the date for our annual goodwill impairment test. The annual independent third party valuations for Expanets and Blue Dot were completed as of October 1, 2002 using a discounted cash flow approach based on forward-looking information regarding market share, revenues and costs for each reporting unit. We also prepared an internal valuation for our Montana utility operations as of October 1, 2002. Various factors contributed to the significantly reduced valuations of Expanets and Blue Dot, including lower than expected performance, revised growth rate assumptions and reduced holding period assumptions, which negatively impacted the fair value of Expanets and Blue Dot. As a result, we determined that a substantial impairment to our investment in these companies had occurred and we recorded an impairment charge to goodwill and indefinite-lived intangible assets of $483.4 million during the fourth quarter of 2002.

*Long-lived Assets*

We evaluate our property, plant and equipment and definite-lived intangible assets for impairment whenever indicators of impairment exist. SFAS No. 144 requires that if the sum of the undiscounted cash flows from a company's asset, without interest charges that will be recognized as expenses when incurred, is less than the carrying value of the asset, impairment must be recognized in the financial statements. If an asset is deemed to be impaired, the amount of the impairment loss recognized represents the excess of the asset's carrying value as compared to its estimated fair value, based on management's assumptions and projections.

We recorded impairment charges of $69.6 million to write down the carrying amount of Expanets' EXPERT system and $25.4 million to write down the carrying amount of certain Expanets definite-lived intangible assets to their estimated fair value. These assets were identified as being carried at values that may not be recoverable due to the significant EXPERT operating deficiencies; the non-utility investment restrictions placed on us by the Montana Public Service Commission, or the MPSC; and the unfavorable business climate within the telecommunications industry.

We recorded an impairment charge of $35.7 million to write down the carrying amount of our investment in a 260-megawatt natural gas-fired generation project located in Great Falls, Montana. Based on certain events occurring during the fourth quarter of 2002, we have determined as part of our

44

restructuring plan to divest of this project and the assets have been written down to expected realizable value.

We recorded an impairment charge of $12.0 million to write off the carrying amount of Blue Dot property, plant and equipment and definite-lived intangible assets. These assets were identified as being carried at values that may not be recoverable, due to current and projected financial performance and to the non-utility investment restrictions placed on us by the MPSC.

### Revenue Recognition

Revenues are recognized differently depending on the type of revenue. For NorthWestern Energy's South Dakota and Nebraska operations, as prescribed by the respective regulatory authorities, electric and natural gas utility revenues are based on billings rendered to customers. Customers are billed on a monthly cycle basis. For NorthWestern Energy's Montana operations, as prescribed by the MPSC, operating revenues are recorded monthly on the basis of consumption or services rendered. To match revenues with associated expenses, we accrue unbilled revenues for electric and natural gas services delivered to the customers but not yet billed at month-end.

Communications and HVAC revenues are recognized when goods are delivered to customers or services are performed, except for revenues for services performed under certain material installation or service contracts, which are recognized in any given period based on the percentage of costs incurred to date in relation to total estimated costs to complete the contracts. Revenues at Expanets for certain other material and installation contracts are recognized on the completed contract method of accounting due to the inability to adequately estimate gross margins for these contracts. Certain judgments affect the application of our revenue recognition policy, primarily percentage of project completion. Revenue estimates in these areas are difficult to predict, and any shortfall in revenue or delay in recognizing revenue could cause our operating results to vary significantly from quarter to quarter and could materially impact future operating results. We continue to experience serious difficulties with the EXPERT system billing function. We provide a monthly reserve for billing adjustments at a rate in excess of industry standards, which we believe to be appropriate in our circumstances.

### Allowances for Doubtful Accounts

We maintain a general allowance for doubtful accounts based on our historical experience, along with additional customer-specific allowances. We regularly monitor credit risk exposures in our accounts receivable. In estimating the necessary level of our allowance for uncollectible accounts, management considers the aging of its accounts receivable, the creditworthiness of our customers, economic conditions within the customer's industry, and general economic conditions, among other factors. When these factors change, the estimates made by management also change, which in turn impacts the level of our allowance for uncollectible accounts. The lack of reliable detailed accounts receivable information from the EXPERT system has negatively impacted our ability to estimate the approximate level of our allowances for uncollectible accounts, which contributed to a substantial increase in our allowance for uncollectible accounts.

### Regulatory Assets and Liabilities

Our regulated operations are subject to the provisions of SFAS No. 71, *Accounting for the Effects of Certain Types of Regulations*. Our regulatory assets are the probable future revenues associated with certain costs to be recovered from customers through the ratemaking process. Regulatory liabilities are the probable future reductions

in revenues associated with amounts to be credited to customers through the ratemaking process. If any part of our operations become no longer subject to the provisions of SFAS No. 71, the probable future recovery of or reduction in revenue with respect to the related regulatory assets and liabilities would need to be evaluated. In addition, we would need to determine if there was any impairment to the carrying costs of deregulated plant and inventory assets.

45

---

While we believe that our assumption regarding future regulatory actions is reasonable, different assumptions could materially affect our results.

### Pension and Postretirement Benefit Plans

With the acquisition of our Montana electric and natural gas transmission and distribution business from The Montana Power Company, our pension and other postretirement benefit obligations significantly increased. Our reported costs of providing pension and other postretirement benefits, as described in Note 13 of "Notes to the Consolidated Financial Statements" contained in Item 8, are dependent upon numerous factors resulting from actual plan experience and assumptions of future experience.

Pension and other postretirement benefit costs, for example, are impacted by actual employee demographics (including age and compensation levels), the level of contributions we make to the plans, earnings on plan assets, and health care cost trends. Changes made to the provisions of the plans may also impact current and future other postretirement benefit costs. Other postretirement benefit costs may also be significantly affected by changes in key actuarial assumptions, including anticipated rates of return on plan assets and the discount rates used in determining the postretirement benefit obligation and postretirement costs. Our expected rate of return on assets was 8.50% for 2002. A 6.50% discount rate was used to determine our post-retirement benefit obligation as of December 31, 2002.

As a result of the factors listed above, significant portions of other postretirement benefit costs recorded in any period do not reflect (and are generally greater than) the actual benefits provided to pension plan participants.

Our pension and other postretirement benefit plan assets are primarily made up of equity and fixed income investments. Fluctuations in actual equity market returns as well as changes in general interest rates may result in increased or decreased pension and other postretirement benefit costs in future periods. Likewise, changes in assumptions regarding current discount rates and expected rates of return on plan assets could also increase or decrease recorded pension and other postretirement benefit costs.

### Qualifying Facilities Liability

With the acquisition of our Montana electric and natural gas transmission and distribution business from The Montana Power Company, we assumed a liability for costs associated with certain Qualifying Facilities, or QFs. The QFs require us to purchase minimum amounts of energy at prices ranging from $65 to $138 per megawatt hour through 2029. Our gross contractual obligation related to the QFs is approximately $1.9 billion through 2029. A portion of the costs incurred to purchase this energy is recoverable through rates authorized by the MPSC, totaling approximately $1.5 billion through 2029. Upon completion of the purchase price allocation related to our acquisition of the electric and natural gas transmission and distribution business of The Montana Power Company, we established a liability of $134.3 million, based on the net present value of the difference between our obligations under the QFs and the related amount recoverable. The determination of the discount rate used to establish this liability was a significant assumption. We determined the appropriate discount rate to be 8.75%, in accordance with Statement of Financial Accounting Concepts No. 7, *Using Cash Flow Information and Present Value in Accounting Measurements*. We believe that 8.75% approximates the rate we could have negotiated with an independent lender for a similar transaction under comparable terms and conditions as of the acquisition date.

*Minority Interest in Consolidated Subsidiaries*

Substantially all of our acquisitions at Expanets and Blue Dot have involved the issuance of common and preferred stock in those subsidiaries to the sellers of the acquired businesses. In connection with certain acquisitions of Expanets and Blue Dot, the sellers can elect to exchange the

46

stock of Expanets and Blue Dot for cash or in certain circumstances, at the election of NorthWestern, shares of common stock of NorthWestern that have been registered for resale, at a predetermined exchange rate. Our investments in Expanets and Blue Dot are principally in the form of senior preferred stock with voting control and a liquidation preference over such common and preferred stock. We are required to consolidate the financial results of Expanets and Blue Dot because of our voting control. The common stock issued to third parties in connection with acquisitions creates minority interests which are junior to our preferred stock interests. Operating losses at Expanets and Blue Dot have been allocated first to the common shareholders of each subsidiary in proportion to common equity ownership to the extent the allocation does not exceed the minority interest of such common shareholders in the equity capital of the subsidiary after giving effect to any put options or exchange agreements, and thereafter is allocated to the preferred shareholders of each subsidiary in the order of priority equal to the liquidation preference of each series of preferred stock. Exchange agreements totaling $6.0 million for Expanets and $3.9 million for Blue Dot remained outstanding and were included in minority interests as of December 31, 2002. The equity held by third parties of these entities is as follows:

| | Third Party Equity Reflected as Minority Interests At December 31, | |
| --- | --- | --- |
| | 2002 | 2001 |
| | (in thousands) | |
| Expanets | $ 5,972 | $ 17,124 |
| Blue Dot | 3,868 | 12,439 |
| Other | 500 | 504 |
| Total | $ 10,340 | $ 30,067 |

See also "Liquidity and Capital Resources—Other Contractual Obligations" for discussion of additional equity instruments held by third parties that are not reflected in Minority Interests.

The Minority Interests in Net Loss of Consolidated Subsidiaries contained in our consolidated statements of income (loss) is the income (loss) of our subsidiaries which is allocable to minority interests. In order to determine the allocation of income (loss) to minority interests, preferred dividends and corporate services allocations are deducted from the income (loss) before minority interests reported in our segment disclosures in order to arrive at the Minority Interests in Net Loss of Consolidated Subsidiaries contained in our consolidated statements of income. The corporate allocations relate to certain services NorthWestern provides to its subsidiaries for management services, including insurance, legal, human resources and benefit administrative support for employee benefits, transaction structuring, financial analysis, tax services and information technology. These services are discussed in Note 2 "Significant Accounting Policies—Minority Interest in Consolidated Subsidiaries" to NorthWestern's annual consolidated financial statements. The preferred dividends relate to dividends on our 12% coupon Preferred Stock of Expanets and our 11% coupon Preferred Stock of Blue Dot. The preferred dividends and corporate allocations are eliminated in consolidation. The net income (loss) before minority interests and net income (loss) available to

common equity holders reported in our segment disclosures includes the portion of interest expense on our $205.7 million intercompany balance due from Expanets which is allocable to third party minority interests.

The following tables demonstrate the reconciliation of income (loss) before minority interests reported in NorthWestern's segment disclosures for its communications and HVAC segments, the only two segments that have Minority Interest, to Minority Interests in Net Loss of Consolidated Subsidiaries contained in its consolidated statements of income for the periods indicated. All amounts in boxes are reflected directly within NorthWestern's consolidated financial statements. All other amounts support the derivation of those numbers.

47

Preferred dividends for the year ended December 31, 2002 of $39.8 million and $43.4 million for Blue Dot and Expanets, respectively, which were either paid in kind through the issuance of additional preferred stock or credited against intercompany balances, represent increases of $11.6 million and $10.3 million, respectively, which reflect increased investments by NorthWestern in the preferred stock of each entity. Corporate allocations for 2002 of $2.1 million and $4.2 million for Blue Dot and Expanets, respectively, represent decreases of $1.0 million and $3.8 million, respectively, from amounts in 2001. The decreases reflect decreased services provided by NorthWestern, which are now performed by and directly expensed by each entity.

| | Year ended December 31, 2002 | | |
| | HVAC (Blue Dot) | Communications (Expanets) | Total |
| | | (in thousands) | |
| Loss before minority interests | $ (320,745) | $ (445,582)(1) | $ (766,327) |
| Preferred dividends | (39,846) | (43,440) | (83,286) |
| Corporate allocations (partner billings) | (2,055) | (4,200) | (6,255) |
| Net loss available to common equity holders | $ (362,646) | $ (493,222) | $ (855,868) |
| Loss allocation to shareholders: | | | |
| NorthWestern | $ (358,884) | $ (482,070) | $ (840,954) |
| Minority interests | (3,762) | (11,152) | (14,914) |
| Total | $ (362,646) | $ (493,222) | $ (855,868) |

(1)    Expanets' loss before minority interests includes $9.5 million of after tax interest expense on amounts due to NorthWestern.

Preferred dividends for the year ended December 31, 2001 of $28.2 million and $33.1 million for Blue Dot and Expanets, respectively, represent increases of $8.6 million and $7.2 million, respectively, which reflect increased investments by NorthWestern in the preferred stock of each entity. Corporate allocations for 2001 of $3.0 million and $8.0 million for Blue Dot and Expanets, respectively, represent increases of $0.7 million and $3.7 million, respectively, from amounts in 2000. The increase at Expanets is due to increased services provided by NorthWestern primarily related to the non-recurring transition and integration expenses related to the acquisition of the Lucent GEM assets. The increase at Blue Dot is due to continued increased involvement and corporate services

provided by NorthWestern.

| | Year ended December 31, 2001 | | |
| | HVAC (Blue Dot) | Communications (Expanets) | Total |
| | (in thousands) | | |
|---|---|---|---|
| Loss before minority interests | $ (13,562) | $ (87,008)(1) | $ (100,570) |
| Preferred dividends | (28,192) | (33,062) | (61,254) |
| Corporate allocations | (3,047) | (7,971) | (11,018) |
| Net loss available to common equity holders | $ (44,801) | $ (128,041) | $ (172,842) |
| Loss allocation to shareholders: | | | |
| NorthWestern | $ (31,246) | $ (148) | $ (31,394) |
| Minority interests | (13,555) | (127,893) | (141,448) |
| Total | $ (44,801) | $ (128,041) | $ (172,842) |

(1)   Expanets' loss before minority interests includes $4.4 million of after tax interest expense on amounts due to NorthWestern.

48

| | Year ended December 31, 2000 | | |
| | HVAC (Blue Dot) | Communications (Expanets) | Total |
| | (in thousands) | | |
|---|---|---|---|
| Loss before minority interests | $ (2,265) | $ (19,799)(1) | $ (22,064) |
| Preferred dividends | (19,570) | (25,907) | (45,477) |
| Corporate allocations | (2,324) | (4,264) | (6,588) |
| Net loss available to common equity holders | $ (24,159) | $ (49,970) | $ (74,129) |
| Loss allocation to shareholders: | | | |
| NorthWestern | $ (6,246) | $ (62) | $ (6,308) |
| Minority interests | (17,913) | (49,908) | (67,821) |
| Total | $ (24,159) | $ (49,970) | $ (74,129) |

(1)   Expanets' loss before minority interests includes $0.4 million of after tax interest expense on amounts due to NorthWestern.

As of December 31, 2002, no remaining minority interest basis existed with respect to Blue Dot and Expanets against which losses could be allocated. Accordingly, any future losses at Blue Dot and Expanets will be recognized in our operating results. Different capital structures in the future or unanticipated future operating results, either positive or negative, could result in materially different results.

## RESULTS OF OPERATIONS

The following is a summary of our results of operations in 2002, 2001 and 2000. Our consolidated results include the results of our divisions and subsidiaries constituting each of our business segments. This discussion is followed by a more detailed discussion of operating results by segment. Our "All Other" category primarily consists of our other miscellaneous service activities, which are not included in the other identified segments together with unallocated corporate costs. See "—Segment Information—All Other Operations" for a discussion of the items contained in our "All Other" category. Product and service category fluctuations highlighted at the consolidated level are more fully explained in the segment discussion.

### *Consolidated Earnings (Loss).*

Consolidated losses on common stock in 2002 were $892.9 million, compared to consolidated earnings on common stock in 2001 of $37.5 million. Diluted earnings per share, or EPS, in 2002 was $(30.04), a decline of $31.57, from 2001 results. The decline in earnings in 2002 is largely due to impairment charges of $301.7 million at Blue Dot, $288.7 million at Expanets and $35.7 million related to the Montana First Megawatts project. Also contributing to the loss were $101.7 million, net of taxes, of additional losses associated with the discontinued operations of CornerStone, $65.8 million related to billing adjustments and accounts receivable reserves and write-offs at Expanets, a deferred tax asset valuation allowance of $71.5 million, and an extraordinary charge of $13.4 million, net of taxes, related to refinancing debt. In addition, interest expense increased by $80.3 million, primarily related to financings to facilitate the acquisition of NorthWestern Energy's Montana operations. These amounts were offset partially by $30.7 million of increased earnings in our electric and natural gas operations due primarily to the acquisition of NorthWestern Energy's Montana operations. Consolidated earnings on common stock in 2001 were $37.5 million, a decline of $5.2 million, or 12.3%, from 2000 results. Consolidated earnings on common stock in 2001 were reduced by a $24.9 million restructuring charge ($12.1 million net of taxes and minority interests) taken in the fourth quarter. The 2001 restructuring charge reduced diluted EPS by $0.50 per share. The $24.9 million restructuring charge related principally to facility closure costs, employee termination benefits and related costs incurred in connection with a series of company wide initiatives targeting reductions in annualized selling, general and administrative expenses.

49

---

### *Consolidated Operations.*

Consolidated revenues in 2002 were $1,991.5 million, an increase of $267.5 million, or 15.5%, from 2001. The increase in 2002 was due to an increase in revenues from the electric and natural gas operations of $524.2 million as a result of the inclusion of NorthWestern Energy's Montana operations, a $48.0 million increase in revenues at Blue Dot, primarily due to acquisitions, and a $16.9 million increase in revenues from our All Other operations as a result of the addition of certain non-utility operations acquired with NorthWestern Energy's Montana operations. This increase was offset in part by a decrease in revenues at Expanets of $321.6 million as a result of the downturn in the economy and the telecommunications industry, certain data migration and system implementation problems at Expanets and a decrease in revenues at NorthWestern Energy's South Dakota and Nebraska operations of $32.1 million as a result of warmer weather in their service areas in 2002 and wholesale energy price decreases. Consolidated revenues in 2001 were $1,724.0 million, an increase of $14.5 million, or 0.8%, from 2000 results. The increase in 2001 was primarily due to increased revenues in our electric and natural gas segments of $69.9 million and increased revenues at Blue Dot of $15.0 million. This increase was partially offset by a decline in revenues at Expanets of $72.0 million as a result of the downturn in the economy and the telecommunications industry in particular, primarily due to volume declines.

Consolidated cost of sales in 2002 was $1,095.4 million, an increase of $26.1 million, or 2.4%, from 2001. NorthWestern Energy's Montana utility operations added $220.9 million in cost of sales and Blue Dot experienced a $38.7 million increase in cost of sales, which was partially offset by a $203.5 million decrease at Expanets, and a $24.3 million reduction in cost of sales at NorthWestern Energy's South Dakota and Nebraska utility operations. Consolidated cost of sales in 2001 was $1,069.4 million, a decline of $31.1 million, or 2.8%, from 2000 results. Expanets experienced a $92.5 million reduction in consolidated cost of sales. The reductions in cost of sales at Expanets were partially offset by increased cost of sales of $54.0 million in our electric and natural gas segments and increased cost of sales at Blue Dot of $7.0 million.

Consolidated gross margin in 2002 was $896.1 million, an increase of $241.5 million, or 36.9%, from 2001. The increase was primarily due to $341.7 million in gross margin from the inclusion of NorthWestern Energy's Montana utility operations, an increase of $22.7 million in gross margin from All Other operations and a $9.3 million increase in gross margin at Blue Dot. These increases were offset in part by a $118.0 million decrease in gross margin at Expanets and a $14.2 million decrease in gross margins at our NorthWestern Energy's South Dakota and Nebraska utility operations. Consolidated gross margin in 2001 was $654.6 million, an increase of $45.6 million, or 7.5%, from 2000 results. Gross margin in 2001 increased across all of our segments. Expanets' gross margin increased $20.5 million, primarily as a result of the full year impact of the Lucent GEM business operations in 2001, which were acquired in April 2000. Gross margin in our electric segment increased $14.2 million, primarily as a result of increased wholesale electric margins during the first half of 2001, and gross margin in our natural gas segment increased $1.8 million. Blue Dot's gross margin increased $8.0 million as a result of acquisitions in 2001.

Consolidated gross margin, as a percentage of revenues in 2002 was 45.0%, compared to 38.0% in 2001 and 35.6% in 2000. Increases in 2002 over 2001 were primarily provided by the inclusion of NorthWestern Energy's Montana electric, natural gas, and non-utility operations. Consolidated gross margin as a percentage of revenues in 2001 improved as a result of the gross margin gains described above, together with our efforts to reduce costs and increase higher-margin recurring service and maintenance revenues in our communications operations.

Consolidated operating expenses in 2002, which includes selling, general and administrative expenses, or SG&A, goodwill and long-lived asset impairment charges, depreciation and amortization, were $1,525.7 million, an increase of $774.2 million, or 103.0%, from 2001. This increase was primarily

50

---

due to goodwill and long-lived asset impairment charges of $301.7 million, $288.7 million and $35.7 million at Blue Dot, Expanets and All Other operations, respectively. Also contributing to this increase was the inclusion of $228.6 million in operating expenses, including $43.8 million of depreciation, from NorthWestern Energy's Montana utility operations. These increases were offset in part by a net decrease in SG&A, depreciation and amortization of $117.5 million at Expanets. Consolidated operating expenses in 2001 were $751.5 million, an increase of $146.8 million, or 24.3%, from 2000 results. Operating expenses increased in each of our segments in 2001 due in part to a $24.9 million restructuring charge related to our series of company wide initiatives targeting reductions in annualized selling, general and administrative expenses. Expanets incurred increased expenses of $92.6 million, excluding its portion of this restructuring charge of $5.9 million, related to additional Lucent GEM business operating costs together with additional non-capitalizable integration and transition costs. Blue Dot's operating expenses also increased $19.1 million, excluding its portion of this restructuring charge of $7.2 million, due to continued acquisition activities and infrastructure growth. The restructuring charges discussed above resulted in $3.3 million of the $6.2 million increase in operating expenses of our electric utility and $1.2 million of the $1.9 million increase in operating expenses of our natural gas segment. All Other operating expenses increased $6.6 million excluding the $7.2 million restructuring charge due to personnel additions and professional services to support our expanding subsidiary operations.

Consolidated operating losses from continuing operations in 2002 were $629.6 million, an increase of $532.8 million from 2001. The increase in operating losses was primarily due to the impairment charges at Blue Dot, Expanets and All Other of $301.7 million, $288.7 million and $35.7 million, respectively, and a $14.0 million decrease in operating income at NorthWestern Energy's South Dakota and Nebraska utility operations, which was partially offset by the inclusion of $113.1 million of operating income from NorthWestern Energy's Montana utility operations. Consolidated operating losses from continuing operations in 2001 were $96.9 million, compared to consolidated operating income from continuing operations in 2000 of $4.3 million. The $101.2 million change in operating income was due to a $78.0 million increase in operating loss at Expanets, an $18.4 million decline in operating income at Blue Dot, and a $12.7 million increase in All Other operating loss. These losses were partially offset by an $8.0 million operating income increase within our electric segment.

Investment losses and other in 2002 was $5.4 million, a decrease of $13.4 million from investment income and other of $8.0 million in 2001. The decrease was primarily due to capital losses on miscellaneous investments. Investment income and other in 2001 decreased slightly to $8.0 million from $9.0 million in 2000. Gains from stock sales during the fourth quarter of 2001 were partially offset by realized losses on the write-down of certain investments. Overall investment income was also negatively impacted by lower interest rates and overall stock portfolio performance during 2001.

Consolidated interest expense in 2002 was $129.5 million, an increase of $80.3 million, or 163.0%, from 2001. The increase was primarily due to increased financings to facilitate the acquisition of NorthWestern Energy's Montana operations. Interest expense in 2001 was $49.2 million, an increase of $11.3 million, or 29.7%, from 2000 results. The increase in interest expense was primarily attributable to financings by Expanets, where interest expense increased $13.3 million, and was offset partially by a decrease in interest expense at Blue Dot resulting from reduced credit facility borrowings.

Consolidated income tax benefit in 2002 was $0.8 million, a decrease of $41.7 million from 2001. The decrease in the tax benefit was primarily related to a valuation allowance against the deferred tax assets and current net operating losses of Expanets and Blue Dot. The 2002 benefit has been reduced by a valuation allowance comprised of $121.6 million against the net deferred tax assets of Expanets and $27.9 million against the net deferred tax assets of Blue Dot, due to the significant losses of these subsidiaries. The valuation allowance has been established because management believes it is more likely than not that these deferred tax assets will not be realized. Consolidated income tax benefit in 2001 was $42.5 million, an increase of $36.0 million over the income tax benefit in 2000. Over 50% of

51

the increase resulted from the tax benefit at Expanets, which was the result of a significant increase in operating losses in 2001. Lower taxable income at Blue Dot as a result of operating losses further increased the benefit, as did higher All Other operating expenses. The income tax benefits were partially reduced by increased tax expense at our electric and natural gas segments.

Minority interests represent the net income or loss, after preferred dividends and corporate allocations related to our preferred stock investments in Expanets and Blue Dot, which are allocable to common shareholders other than us. Minority interests in 2002 were $14.9 million, a decrease of $126.5 million, or 89.5%, from 2001. The decrease was due to the depletion of available minority interest basis against which to allocate losses of Expanets and Blue Dot. After March 31, 2002, all losses were fully allocated to NorthWestern. Minority interests in 2001 were $141.4 million, an increase of $73.6 million, or 108.6%, from 2000. All of the increase was due to Expanets, where losses increased substantially in 2001, which was partially offset by reduced allocations at Blue Dot due to reduction in available basis to absorb the losses. Due to adequate basis in 2001 and 2000, substantially all losses by Expanets and Blue Dot were allocated to minority interests. Based on the entities' capital structures at December 31, 2002, any future losses at Expanets and Blue Dot will be allocated to us. See "—Critical Accounting

Policies and Estimates—Minority Interest in Consolidated Subsidiaries" for a discussion of the allocation of income (loss) to minority interests and the changes in such allocations during the periods discussed.

### Electric Utility Segment Operations.

Revenues from our electric utility operations in 2002 were $535.0 million, an increase of $428.0 million, or 400.1%, from 2001 results. This increase was almost exclusively attributable to the addition of NorthWestern Energy's Montana operations, effective February 1, 2002, which contributed $442.5 million of revenues for the year. The volume of wholesale and retail megawatt hours sold in 2002 for our Montana operations was 1.4 million and 6.7 million, respectively. In addition, our South Dakota operations contributed revenues of $92.5 million for 2002, which was a decrease of $14.5 million, or 13.5%, from 2001. This decrease in revenues was principally the result of a decrease of $16.1 million in wholesale electric revenues within the South Dakota operations due to market price declines. The volume of wholesale megawatt hours sold in 2002 for our South Dakota operations decreased by 6.2%, however, the volume of retail megawatt hours sold increased by 0.3%. Revenues from our electric utility operations in 2001 were $107.0 million, an increase of $20.4 million, or 23.6%, from 2000 results. The increase in revenues was principally the result of increased wholesale market prices for electricity. Revenues from our wholesale sales of electricity in 2001 were $13.6 million greater than the $9.3 million of revenues generated from such sales in 2000. The increase in wholesale sales revenues was principally due to unusual market conditions during the first half of 2001, and was partially offset by lower sales volume. The volume of wholesale megawatt hours sold in 2001 decreased by 3.4%; however, the volume of retail megawatt hours sold in 2001 increased by 4.4%. Revenues from retail sales of electricity increased by 8.9% in 2001, from $77.3 million in 2000 to $84.2 million in 2001. The increase in retail sales revenue in 2001 was principally due to a growing customer base combined with higher fuel costs that are passed through to customers.

Cost of sales for our electric utility operations in 2002 was $205.6 million, an increase of $182.6 million, or 791.9%, from 2001 results. This increase was nearly all due to the addition of NorthWestern Energy's Montana operations, which increased costs by $182.0 million. In addition, our South Dakota operations experienced a $0.6 million increase in costs related to the increase in sales volume. The cost of sales for our electric utility operations in 2001 was $23.1 million, an increase of $6.3 million, or 37.4%, from 2000 results. The increase in cost of sales in 2001 was due principally to retail fuel cost adjustments and increased volumes.

Gross margin in 2002 was $329.4 million, an increase of $245.5 million, or 292.5%, over the 2001 gross margin of $83.9 million. This increase was primarily due to the contribution of $260.5 million in

52

gross margin from NorthWestern Energy's Montana operations. Partially offsetting this increase was a decrease in gross margin by our South Dakota operations of $15.0 million, or 17.9%, as a result of a substantial decrease in market prices for wholesale electricity as compared to the unusually high market prices in 2001. Overall gross margin as a percentage of revenues in 2002 was 61.6%, as compared to 78.5% in 2001. This decrease was the result of the substantial decline in wholesale electric margins from market price fluctuations and the influence of NorthWestern Energy's lower margin Montana operations as compared to our South Dakota operations. Gross margin in 2001 was $83.9 million, an increase of $14.2 million, or 20.3%, over the 2000 gross margin of $69.8 million. The increase in gross margin in 2001 resulted primarily from the unusual wholesale market conditions and the 4.4% increase in retail sales. Gross margin as a percentage of revenues in 2001 was 78.5%, compared to 80.6% in 2000, a decrease primarily as a result of increased fuel costs in 2001.

Operating expenses, consisting of selling, general and administrative (SG&A) and depreciation expenses, were $218.3 million in 2002, an increase of $174.1 million, or 393.3%, over the 2001 results. This increase was nearly all due to the addition of NorthWestern Energy's Montana operations, which increased SG&A costs by $141.9 million and increased depreciation expense by $35.4 million. Partially offsetting this increase was a

decrease in SG&A of $3.5 million by our South Dakota operations, resulting primarily from operational efficiencies, a reduction in benefit costs, the establishment of a capital lease for our lease programs, and the occurrence in 2001 of a restructuring charge. Operating expenses in 2001 were $44.3 million, an increase of $6.2 million, or 16.3%, from 2000 results. This increase was primarily caused by a restructuring charge of $3.3 million, together with small increases in allocated power plant maintenance costs associated with increased generation, higher team member benefits expenses, increased customer service costs and higher depreciation related to additional investments in power plants. Higher operating expenses in 2001 were partially offset by lower transmission and distribution expenses.

Operating income in 2002 was $111.1 million, an increase of $71.4 million, or 180.0%, over 2001. The increase was attributable to the addition of approximately $83.2 million in operating income from NorthWestern Energy's Montana operations, while the South Dakota operations experienced a decrease of $11.8 million in operating income from the absence of unusually high margin wholesale electric sales in 2002 countered, in part, by lower operating expenses in 2002. Operating income in 2001 was $39.7 million, or $43.0 million before restructuring charges, representing an increase of $8.0 million, or 25.1%, over 2000. The increase in operating income was a result of increased higher margin wholesale sales revenue, partially offset by higher operating expenses in 2001.

### Natural Gas Utility Segment Operations.

Revenues from our natural gas utility operations in 2002 were $240.3 million, an increase of $96.1 million, or 66.6%, from 2001 results. Revenues for the period reflect the inclusion of NorthWestern Energy's Montana operations, which contributed $120.1 million in revenues. In addition, our South Dakota operations contributed revenues of $120.2 million for 2002, which was a decrease of $24.0 million, or 16.7%, from 2001. This decrease was principally the result of a drop in commodity prices reflected within the South Dakota operations during 2002 compared to 2001, and a decrease in volumes as a result of warmer weather in the Nebraska and South Dakota service territories in 2002 than in 2001. Revenues from natural gas sales in 2001 were $144.2 million, an increase of $49.5 million, or 52.2%, from 2000 results. The increase was largely attributable to higher market prices for natural gas and a slight increase in the volume of sales.

Cost of sales for our natural gas utility operations in 2002 was $133.1 million, an increase of $14.1 million, or 11.8%, from the 2001 results. Cost of sales for the period reflect the inclusion of NorthWestern Energy's Montana operations, which contributed $38.9 million in cost of sales, and a decrease in cost of sales from our South Dakota business of $24.9 million, or 20.9%. This decrease occurred primarily as a result of lower commodity prices and reduced retail volumes from warmer

53

---

weather in 2002 than in 2001. Cost of sales in 2001 was $119.1 million, an increase of $47.7 million, or 66.8%, from 2000 results. The increase in cost of sales was a result of the increased market prices for natural gas in 2001 and, to a lesser extent, the slight increase in our volume of sales.

Gross margin in 2002 was $107.2 million, an increase of $82.0 million, or 326.2%, over the 2001 gross margin of $25.2 million. This increase was nearly all due to the contribution of $81.2 million in gross margin by NorthWestern Energy's Montana operations. In addition, our South Dakota operations experienced a $0.8 million increase in margins due to increased volumes in the non-regulated gas segment. Overall gross margin as a percentage of revenues in 2002 was 44.6%, as compared to 17.4% in 2001, resulting primarily from the higher margin impact from the Montana operations. The higher margins from the Montana operations are principally due to NorthWestern owning the natural gas transmission system in Montana on which we collect tariff revenues and margins, as compared to South Dakota and Nebraska operations where third parties own the transmission systems and NorthWestern pays these costs which are then passed on to ratepayers as a component of the natural gas costs.

Gross margin in 2001 was $25.2 million, an increase of $1.8 million, or 7.7%, from 2000 results. However, gross margin as a percentage of revenues decreased to 17.4% in 2001 from 24.7% in 2000. The increase in gross margin in 2001 was due to increased sales volumes and higher market prices for natural gas in 2001. Because the higher market prices for natural gas were passed along to consumers, the increase in gas commodity prices did not affect gross margin, but did have a positive impact on revenues and, therefore, adversely affected the gross margin percentage.

Operating expenses in 2002 were $73.3 million, an increase of $54.4 million, or 286.8%, over 2001 results. SG&A expenses increased $45.0 million in 2002, primarily due to $42.9 million in additional expenses attributable to NorthWestern Energy's Montana operations, while the South Dakota operations' SG&A expenses increased by $2.1 million. Depreciation expense was $12.6 million in 2002, an increase of $9.3 million over 2001. This increase was also primarily due to the addition of NorthWestern Energy's Montana operations, which increased depreciation by $8.3 million, along with an increase of $1.0 million from our South Dakota operations. Operating expenses in 2001 were $19.0 million, an increase of $1.9 million, or 11.0%, from 2000 results. The increase was due principally to a $1.2 million restructuring charge related to a series of company wide initiatives targeting reductions in annualized selling, general and administrative expenses and small increases in team member benefit costs, customer care costs, and service expenses.

Operating income in 2002 was $33.9 million, an increase of $27.7 million, or 446.7%, from 2001, primarily due to the addition of NorthWestern Energy's Montana operations, which contributed $30 million in operating income, while operating income from the South Dakota operations declined by $2.3 million. Operating income in 2001 was $6.2 million, or $7.4 million before restructuring charges, compared to operating income in 2000 of $6.3 million. The increase in operating income in 2001 before restructuring charges reflected gross margin increases, but was partially offset by increased operating expenses.

### Communications Segment Operations

Operating revenues at Expanets in 2002 were $710.5 million, a decrease of $321.6 million, or 31.2%, from 2001. The decline in revenue was the result of a downturn in the economy generally and the telecommunications equipment market specifically, a focus on higher margin revenues and continuing problems with Expanets' EXPERT system implementation that have contributed to erosion of Expanets' customer base. Expanets recorded a reduction in revenues of $28.0 million for pending billing adjustments.

Cost of sales in 2002 was $444.5 million, a decrease of $203.5 million, or 31.4% from 2001. The decrease was primarily due to lower sales volume and a technical assistance call center agreement signed with Avaya in March 2002 which reduced costs by approximately $25.9 million during the year

ended December 31, 2002. Cost of sales in 2001 was $648.0 million, a decline of $92.5 million, or 12.5%, from 2000 results. The decline in cost of sales was attributable to a shift in sales mix from equipment sales to higher-margin service sales and a decline in sales volumes.

Gross margin in 2002 was $265.9 million, a decrease of $118.1 million, or 30.7%, from 2001. Gross margin dollars decreased as the result of a decrease in revenue. As a percentage of revenues, gross margin increased slightly to 37.4% of operating revenues as compared to 37.2% in 2001. Gross margin in 2001 was $384.0 million, an increase of $20.5 million, or 5.6%, from 2000 results. As a percentage of revenues, gross margin increased from 32.9% in 2000 to 37.2% in 2001. Gross margin dollars increased, in spite of an overall decline in operating revenues, as the result of increased solutions and services sales. The gross margin percentage improvement was a result of the increased mix of higher margin recurring service revenues as compared to lower margin equipment sales.

Operating expenses in 2002 were $657.8 million, a decrease of $171.3 million, or 35.2%, from 2001. Selling, general and administrative expenses in 2002 were $314.0 million, a decrease of $123.4 million, or 28.2% from 2001. This decrease was a result of the full year effect of the reduction of approximately 1,300 team member positions in 2001. In addition, current year operating expenses decreased as certain transition service agreements, or TSAs, with Avaya expired or were terminated. Under these TSAs, Avaya provided critical supporting systems such as accounting and information technology until Expanets could complete the necessary infrastructure to provide such services internally. Also contributing to the decrease, Expanets receives payments from Avaya under the terms of a maintenance fee agreement to help Avaya preserve its maintenance customer base for customers of Expanets who have maintenance agreements with Avaya. These amounts reduced operating expenses by $42.8 million in 2002 and $32.0 million in 2001. Included in the amount recognized in 2002 was a true up payment of $2.4 million from Avaya and an additional $10.4 million that had previously been deferred as of December 31, 2001, pending the determination of Avaya's actual experience. In addition, Expanets reduced accrued expenses established as of December 31, 2001 related to vendor settlements, bonus accruals and other items by $11.2 million during 2002. The decrease in selling, general and administrative expenses was partially offset by $37.4 million in bad debt expense and other receivable related charges and $31.2 million of additional expense associated with information technology costs for the operation and repair of the EXPERT system. Depreciation and amortization costs increased approximately $5.9 million in 2002 as the capitalized costs of the EXPERT system were depreciated starting in the first quarter of 2002. Operating expenses in 2001 were $486.5 million, an increase of $98.5 million, or 25.4%, from 2000 results. Selling, general and administrative expenses in 2001 were $437.4 million, an increase of $86.5 million, or 24.6%, from 2000 results. The increase in selling, general and administrative expenses in 2001 was primarily a result of the additional transition and integration and other operating expenses related to the Lucent GEM business acquisition beginning in the second quarter of 2000.

Operating losses in 2002 were $391.9 million, an increase of $289.3 million from 2001 results, primarily due to a decline in the telecommunications equipment market and the $288.7 million in impairment charges discussed above. Operating losses in 2001 were $102.6 million, a decline of $78.0 million from 2000 results, primarily due to the general downturn in the economy and in the communications market in particular, together with the additional integration/transition and other operating expenses incurred as a result of the GEM acquisition.

### HVAC Segment Operations

Operating revenues in 2002 were $471.8 million, an increase of $48.0 million, or 11.3% from 2001 results. Units acquired in 2002 and 2001 contributed $41.8 million in revenues in 2002. The remaining increase of $6.2 million represents a same unit growth rate of 1.5%. Operating revenues from non-core same units, which are operating locations designated by management of Blue Dot for immediate divestiture or closure due to significant operating issues or continuing deterioration of performance,

55

were $74.0 million, a decrease of $12.6 million, or 14.5%, from 2001 results. The decline in revenues from the non-core units are due to soft overall market conditions in addition to individual circumstances which include: increased competition in Dallas; a shift in business focus from commercial to residential in San Antonio; disruption caused by labor issues in Detroit; changes in management at certain locations; and the continual impact of poor integration of businesses in New Jersey. Operating revenues in 2001 were $423.8 million, an increase of $15.0 million, or 3.7%, from 2000 results. Operations from acquisitions completed during 2001 and the inclusion of the operations for the full year in 2001 of the acquisitions made in the fourth quarter of 2000 contributed approximately $25.0 million in revenues, however, revenues at three previously acquired locations declined $26.4 million during 2001. Internal growth within the remainder of the HVAC business generated the remaining revenue increase.

Cost of sales in 2002 was $306.7 million, an increase of $38.7 million, or 14.4%, from 2001 results. Units acquired in 2002 and 2001 incurred costs of $28.3 million in 2002. Cost of sales in same units increased $11.3 million or 4.2%. This increase is primarily attributable to increased competition, compounded by soft market

conditions. Cost of sales from non-core same units were $47.2 million, a decrease of $8.6 million, or 15.5% from 2001 results. This decrease is generally in line with the decrease in revenues noted from these same operating units. Cost of sales in 2001 was $268.0 million, an increase of $7.0 million, or 2.7%, from 2000 results. The acquisition and operations of locations in 2001 and the inclusion of the operations for the full year in 2001 of the locations acquired in the fourth quarter of 2000 increased costs by approximately $13.7 million. Costs from additional locations were offset, however, by $16.2 million in reduced cost of sales in connection with division closings and restructurings at three non-core locations. The remaining increase in cost of sales was due to internal growth in other locations.

Gross margin in 2002 was $165.2 million, an increase of $9.3 million, or 6.0%, from 2001 results. Units acquired in 2002 and 2001 contributed $15.6 million to gross margin in 2002. Gross margin in same units decreased $5.2 million or 3.4%. Gross margin from non-core same units were $26.7 million, a decrease of $3.9 million, or 12.8% from 2001 results. Gross margin in 2001 was $155.8 million, an increase of $8.0 million, or 5.4%, from 2000 results. The acquisition and operations of locations in 2001 and the inclusion of the operations for the full year in 2001 of the acquisitions made in late 2000 contributed approximately $11.3 million to gross margin in 2001, while certain non-core locations lowered gross margin $10.2 million. The remainder of the increase in gross margin in 2001 was due to internal growth in the previously acquired locations.

Gross margin as a percentage of revenues in 2002 decreased from 36.8% to 35.0%. Units acquired in 2002 and 2001 contributed gross margin as a percentage of revenues of 35.5%, while gross margin as a percentage of revenues from same units decreased from 36.7% to 35.0%, primarily due to general economic conditions, a tougher competitive environment and increased operating costs.

Operating expenses in 2002 were $476.5 million, an increase of $306.9 million from 2001 results. The primary reason for this increase was goodwill and long-lived asset impairment charges of $301.7 million. These impairment charges were recorded during the fourth quarter of 2002 to write off the carrying value of goodwill, fixed assets and intangible assets based on the fair value of Blue Dot, determined in accordance with SFAS No. 142 and SFAS No. 144, respectively. The charges are composed of $289.6 million for goodwill, $11.4 million for fixed assets and $0.7 million for intangible assets. Selling, general and administrative expenses in 2002 were $166.3 million, an increase of $13.1 million, or 8.6%, from 2001 results. Approximately $13.3 million of the expenses were incurred in connection with acquisitions in 2002 and the inclusion of the operations for the full year in 2002 of the acquisitions made in late 2001. Expenses increased $5.2 million in 2002 related to the sale-leaseback of a significant portion of Blue Dot's vehicle fleet. Expenses also increased $3.5 million in 2002 at the corporate level related to transition costs of relocating the corporate office, outside consulting, and additional costs of adding team members to support field operations and newly acquired locations.

56

Depreciation and amortization expenses in 2002 were $8.5 million, a decrease of $7.9 million, due to implementation of SFAS No. 142 related to the non-amortization of goodwill and reduced depreciation expense of $3.8 million related to the sale-leaseback of a significant portion of the company's vehicle fleet, partially offset by continued acquisition activity and capital expenditures. Operating expenses in 2001 were $169.6 million, an increase of $26.3 million, or 18.4%, from 2000 results. Selling, general and administrative expenses in 2001 were $153.2 million, an increase of $23.7 million, or 18.3%, from 2000 results. Approximately $8.2 million of the additional expenses were incurred in connection with acquisitions in 2001 and the inclusion of the operations for the full year in 2001 of the acquisitions made in late 2000. Expenditures also increased $2.7 million in 2001 at the corporate level for salaries and benefits of additional team members to support field operations. The remaining increase in expenses was attributable to the growth of previously acquired locations. Blue Dot recorded a $7.2 million restructuring charge in 2001, which related primarily to severance and related team member benefits. Depreciation and amortization expenses in 2001 increased 18.9% due to the continued acquisition activity and capital expenditures.

Operating losses in 2002 were $311.3 million, an increase of $297.5 million from 2001 results primarily due to the impairment charges discussed in the previous paragraph. Prior to giving effect to these impairment charges, acquisitions in 2002 and the inclusion of the operations for the full year in 2002 of the acquisitions made in 2001 increased earnings by approximately $1.8 million. Prior to giving effect to these impairment charges, operating losses in 2002 from same units was $11.9 million, an improvement of $2.3 million or 16.1% from 2001 results. Prior to giving effect to these impairment charges, operating losses from non-core same units were $8.7 million, an improvement of $1.1 million, or 11.3% from 2001 results. The combination of a more competitive climate, increasing operating costs, transition costs related to the relocation of the corporate office resulted in the operating losses in 2002. Operating losses in 2001 were $13.8 million, a decline of $18.4 million from 2000 results. Acquisitions in 2001 and the inclusion of the operations for the full year in 2001 of the acquisitions made in 2000 increased earnings by approximately $3.1 million, but the restructuring charge of $7.2 million, decline in operating income within three non-core locations, margin shortfalls and an overall increase in operating expenses resulted in the net decline and operating loss in 2001.

### All Other Operations

All Other primarily consists of our other miscellaneous service activities that are not included in the other identified segments, together with the unallocated corporate costs and investments, and any eliminating amounts. The miscellaneous service activities principally include non-utility businesses engaged in voice and data networks and systems, and a portfolio of services to residential and business customers, including product sales and maintenance contracts in areas such as home monitoring devices and appliances. In addition, the 2002 results include the non-utility operations from the newly acquired Montana business. Those activities include an underground pipe and line locating service as well as a portfolio of other services to residential and business customers.

Revenues for the segment in 2002 were $33.9 million, an increase of $16.9 million, or 100%, from 2001. The increase was due to $27.9 million from the newly acquired Montana non-utility operations offset by reduced revenues from the South Dakota and Nebraska non-utility voice and data networks business, which was transferred to Expanets mid-year. Revenues in 2001 were $16.9 million, an increase of $1.6 million, or 10.7%, from 2000 results. The growth in 2001 was attributable to a small acquisition closed in December 2000, which was partially offset by business restructurings and reductions within certain other service activities.

Cost of sales in 2002 was $5.5 million, a decrease of $5.8 million, or 51.2%, from 2001. The decrease was primarily due to the mid-year transfer of the South Dakota and Nebraska non-utility voice and data networks business. Cost of sales in 2001 was $11.2 million, an increase of $0.4 million, or 4.0%, from 2000 results. The increase was a result of the aforementioned acquisition offset by decreased costs from reductions in other service activities.

57

Gross margin in 2002 was $28.4 million, an increase of $22.7 million, or 397.7%, from 2001. The increase was primarily due to the newly acquired Montana non-utility operations offset by transfer of the previously mentioned South Dakota and Nebraska non-utility voice and data networks business to Expanets. Gross margin in 2001 was $5.7 million, an increase of $1.2 million from 2000 results. As a percentage of revenues, gross margin improved from 29.4% in 2000 to 33.7% in 2001 to 83.8% in 2002. The increase in 2002 resulted primarily from the newly acquired underground line locating service business.

Operating expenses in 2002 were $99.8 million, an increase of $67.7 million, or 210.5%, from 2001. The increase was primarily due to $35.7 million asset impairment charges with respect to the investment in the Montana First Megawatts project and operating expenses from the newly acquired underground line locating service business and to the recognition of expenses of approximately $5.9 million related to the anticipated termination of NorthWestern's Stock Ownership Plan. Operating expenses in 2001 were $32.1 million, an increase of $13.9 million, or 76.4%, from 2000 results. The increase was due principally to $7.3 million of restructuring

charges related to a series of company wide initiatives targeting reductions in annualized selling, general and administrative expenses, increased salaries, benefits and relocation expenses related to additional personnel in the corporate offices, additional costs from the acquisition, increased professional services expenses, and an increase in certain other benefit plan expenses.

Operating losses in 2002 were $71.4 million, an increase of $45.0 million, or 170.1%, from 2001. The increase was primarily due to the previously mentioned asset impairment charges. Losses in 2001 were $26.4 million, compared to losses of $13.7 million in 2000. The $12.7 million increase in operating losses in 2001 was attributable to the restructuring charges together with growth in corporate operating expenses, which were partially offset by an increase in gross margin.

## LIQUIDITY AND CAPITAL RESOURCES

The success of our turnaround plan is dependent upon reducing our debt. Absent the receipt of significant proceeds from the sale of non-core assets, the raising of additional capital or a restructuring of our debt, we will not have the ability to materially reduce our debt or meet our significant maturing debt obligations beginning in 2005, and our ability to fund our operations and service our substantial indebtedness will be adversely affected.

As of December 31, 2002, cash and cash equivalents were $45.6 million, compared to $34.8 million at December 31, 2001. On April 7, 2003, cash and cash equivalents were approximately $95 million. The increase in cash is principally the result of the net proceeds received from the closing of our new senior secured term loan net of other debt principal payments and working capital needs. Our principal sources of liquidity for the year ended December 31, 2002 were cash from operations and cash provided by financing activities, including the sale of new debt and equity securities and borrowings under our former senior credit facility.

We realized net positive cash inflows from operations of $34.0 million in 2002, $83.2 million in 2001, and $34.7 million in 2000. Net cash provided by operating activities in 2002 was composed of a net loss of $863.9 million adjusted for non-cash items of $952.5 million, net cash provided by changes in operating assets and liabilities of $5.7 million and cash used for changes in net assets of discontinued operations of $60.2 million. The increase in cash flows in 2002 was due in part to a $42.0 million decrease in accounts receivable and a $35.8 million decrease in other current assets, offset primarily by a $50.7 million decrease in accounts payable and an $80.6 million decrease in cash due to changes in regulatory assets and liabilities. The increase in cash flows in 2001 was due in part to a $63.5 million increase in accrued expenses, a $51.0 million increase in accounts payable, a $32.3 million decrease in net assets of discontinued operations and a $6.4 million decrease in accounts receivables which were partially offset by a $19.0 million increase in other current assets and a $16.0 million increase in inventories. In 2002, we used our cash from operations and $631.0 million in cash provided from

58

financing activities, to fund $654.3 million in investment activities, including our acquisitions and capital expenditures. In 2001, we used our cash from operations, together with $8.6 million in existing cash and cash equivalents and $91.3 million in cash provided from financing activities, to fund $183.1 million in investment activities, including our acquisitions and capital expenditures. In 2000, we used a portion of our cash from operations, together with $150 million in cash provided from financing activities, to fund $163.9 million in investment activities, including our acquisitions and capital expenditures.

Cash flows used in investing activities in 2002 were $654.3 million, an increase of $471.2 million from 2001. The increase was primarily due to the acquisition of our Montana utility operations. Cash flows used in investing activities of $183.1 million in 2001 increased $19.2 million over 2000 investing activities. The increase was principally a result of increased growth of property, plant and equipment capital expenditures. Cash flows provided by financing activities in 2002 were $631.0 million, an increase of $539.7 million from 2001. The increase was primarily due to the issuance of $738.1 million in senior notes and other long-term debt, $123 million in net line of credit borrowings, $117.8 million in net proceeds from the issuance of preferred securities of subsidiary trusts and

$81 million in net proceeds from the issuance of our capital stock, offset primarily by repayment of $313.5 million in long-term debt. Cash flows provided by financing activities of $91.3 million in 2001 declined $58.7 million compared to $150 million of financing cash inflows in 2000. The decrease is attributable to a decline in net debt issuances and repayments and an increase in cash used to repurchase subsidiary minority interests, offset by proceeds from common stock issuances in 2001.

During 2001 and 2002, we raised cash proceeds from the following offerings of our securities and new debt facilities.

- We completed a 3.68 million share common stock offering, including an overallotment option, in October 2001. The offering raised $74.9 million of net proceeds, after expenses and commissions. Approximately $35.0 million of these net proceeds were contributed to Blue Dot for the redemption of certain preferred stock and common stock held by former owners of these businesses pursuant to existing agreements and the remainder was used for general corporate purposes, including reducing short term debt and amounts drawn under our old credit facility.

- On December 21, 2001, NorthWestern Capital Financing II sold 4.0 million shares of its $8^1/4\%$ trust preferred securities and on January 15, 2002, sold an additional 270,000 shares of its $8^1/4\%$ trust preferred securities pursuant to an overallotment option. We received approximately $102.9 million in net proceeds from the offering, which we used for general corporate purposes and to repay a portion of the amounts outstanding under our old credit facility. The $8^1/4\%$ trust preferred securities will be redeemed either at maturity on December 15, 2031, or upon early redemption.

- On January 31, 2002, NorthWestern Capital Financing III sold 4.0 million shares of its 8.10% trust preferred securities, and on February 5, 2002, sold an additional 440,000 shares of its 8.10% trust preferred securities pursuant to an overallotment option. We received approximately $107.4 million in net proceeds from the offering, which we used for general corporate purposes and to repay a portion of the amounts outstanding under our old credit facility. The 8.10% trust preferred securities will be redeemed either at maturity on January 15, 2032, or upon early redemption.

- On February 15, 2002, in connection with our recently completed acquisition of The Montana Power Company's energy distribution and transmission business, we assumed $511.1 million of debt and preferred stock net of cash received from The Montana Power Company and we entered into a $720 million term loan and drew down a $19.0 million swing line commitment under our $280 million revolving credit facility to fund our acquisition costs and repay borrowings of $132.0 million outstanding under our existing recourse bank credit facility. The $511.1 million of assumed debt and preferred stock includes various series of mortgage bonds,

59

pollution control bonds and notes that bear interest rates between 5.90% and 8.95%. These include both secured and unsecured obligations with maturities that range from 2003 to 2026.

- On March 13, 2002, we issued $250 million of our $7^7/8\%$ senior notes due March 15, 2007, and $470 million of our $8^3/4\%$ senior notes due March 15, 2012, which resulted in net proceeds to us of $713.9 million. We applied these net proceeds together with available cash to fully repay and terminate the $720 million term loan portion of our credit facility. On March 28, 2002, we entered into two fair value hedge agreements, each of $125.0 million, to effectively swap the fixed interest rate on our $250 million five-year senior notes to floating interest rates at the three month London Interbank Offered Rate plus spreads of 2.32% and 2.52%, effective as of April 3, 2002. These fair value hedge agreements were settled on September 17, 2002 resulting in $17.0 million of proceeds and an unrecognized gain to us. The unrecognized gain is recorded in Other Non-Current Liabilities and will be recognized as a reduction of interest expense over the remaining life of the notes. On the

nine remaining coupon payments on the five-year notes, the amortization of the gain equates to a $1.9 million interest savings per coupon payment, effectively lowering the annual interest rate on the five-year notes to 6.3%.

- On October 8, 2002, we completed a 10 million share common stock offering. The offering raised $81.0 million of net proceeds, after expenses and commissions. The net proceeds were used for general corporate purposes, including reducing amounts drawn under our credit facility.

Capital expenditures for property, plant and equipment for the years ended December 31, 2002, 2001 and 2000, were $115.9 million, $163.9 million, and $61.4 million, respectively. We estimate that our capital expenditures for 2003 will be approximately $60 million for our regulated business and $23 million for our unregulated businesses. Our capital expenditures are continually examined and evaluated and may be revised in light of changing business operating conditions, variation in sales and other business factors. Our future investment in any non-utility entity, including Blue Dot, CornerStone or Expanets, is limited to $10 million without the approval of the MPSC, pursuant to an order issued in connection with approval of our senior secured term loan. With the approval of the MPSC, we may make secured loans of up to $30 million for Expanets and $20 million for Blue Dot under the order, but we do not intend to do so. We expect our capital expenditures for our regulated business to approximate $60 million in each of years 2004 through 2007.

As of December 31, 2002, NorthWestern had long-term borrowings of approximately $2.1 billion. Through March 31, 2003, we have:

- Repaid $15.0 million aggregate principal amount of maturing Montana Secured Medium Term Notes.
- Repaid approximately $11.2 million on Expanets' credit facility with Avaya. The remaining outstanding balance on this facility of approximately $27.1 million was formally extended by Avaya and is due in three equal installments of approximately $9.0 million on each of January 1, April 1 and July 1, 2004.
- Agreed with Avaya to cancel the Expanets subordinated note in the face amount of $35.0 million due 2005 that was issued as partial consideration in the GEM acquisition. The subordinated note was non-interest bearing and had a carrying value of approximately $27.0 million as of December 31, 2002.
- Repaid and terminated our $280 million credit facility, of which the outstanding balance at December 31, 2002 was approximately $255.0 million and which was fully drawn, including back-up letters of credit, on the date of repayment, with net proceeds received on a $390 million secured term loan closed during February 2003.

After such repayments, as of March 31, 2003, we now have approximately $2.2 billion in long-term borrowings, with maturities during the balance of 2003 of approximately $9.0 million, which excludes $16 million related to the Blue Dot credit facility, currently in default, which is non-recourse to us. In 2004, we have approximately $42.3 million in maturities, including approximately $27.1 million under Expanets' credit agreement with Avaya, for which we have an obligation to purchase inventory and receivables in an amount equal to the outstanding balance in the event of a default by Expanets.

60

---

The following table shows our contractual cash obligations and commercial commitments as of December 31, 2002:

| | Payment Due By Period Year Ending December 31, | | | | | |
|---|---|---|---|---|---|---|
| Total | 2003 | 2004 | 2005 | 2006 | 2007 | Thereafter |

|  | (in thousands) | | | | | | |
|---|---|---|---|---|---|---|---|
| **Debt:** | | | | | | | |
| Senior Notes, 7 7/8% and 8 3/4% | $ 720,000 | $ — | $ — | $ — | $ — | $ 250,000 | $ 470,000 |
| Discount on Senior Notes | (802) | — | — | — | — | — | (802) |
| Senior Unsecured Debt, 6.95% | 105,000 | — | — | — | — | — | 105,000 |
| Credit Facility(1) | 255,000 | 3,900 | 3,900 | 3,900 | 243,300 | — | — |
| South Dakota Mortgage Bonds, 7.00% and 7.10% | 115,000 | — | — | 60,000 | — | — | 55,000 |
| South Dakota Pollution Control Obligations, 5.85% and 5.90% | 21,350 | — | — | — | — | — | 21,350 |
| Montana First Mortgage Bonds, 7.00%, 7.30%, 8.25% and 8.95% | 157,197 | — | — | 5,386 | 150,000 | 365 | 1,446 |
| Discount on Montana First Mortgage Bonds | (3,226) | — | — | — | — | — | (3,226) |
| Montana Pollution Control Obligations, 6.125% and 5.90% | 170,205 | — | — | — | — | — | 170,205 |
| Montana Secured Medium Term Notes, 7.23% and 7.25% | 28,000 | 15,000(2) | — | — | — | — | 13,000 |
| Montana Unsecured Medium Term Notes, 7.07%, 7.96 and 7.875% | 40,000 | — | — | — | 15,000 | — | 25,000 |
| Montana Natural Gas Transition Bonds, 6.20% | 50,866 | 4,364 | 4,052 | 4,744 | 4,712 | 5,248 | 27,746 |
| Expanets credit facility(3) | 38,299 | 11,199(4) | 27,100(4) | — | — | — | — |
| Blue Dot credit facility | 16,000 | 16,000 | — | — | — | — | — |
| Other debt, various(4) | 29,733 | 795 | 1,170 | 27,308 | 221 | 239 | — |
| Capital leases(5) | 19,272 | 6,620 | 6,081 | 3,312 | 2,177 | 708 | 374 |
| **Total Debt** | 1,761,894 | 57,878 | 42,303 | 104,650 | 415,410 | 256,560 | 885,093 |
| **Mandatorily Redeemable Preferred Securities of Subsidiary Trusts:** | | | | | | | |
| 8.125% mandatorily redeemable preferred securities of subsidiary trust | 32,500 | — | — | — | — | — | 32,500 |
| 7.20% mandatorily redeemable preferred securities of subsidiary trust | 55,000 | — | — | — | — | — | 55,000 |
| 8.45% mandatorily redeemable preferred securities of subsidiary trust | 65,000 | — | — | — | — | — | 65,000 |
| 8 1/4% mandatorily redeemable preferred securities of subsidiary trust | 106,750 | — | — | — | — | — | 106,750 |
| 8.10% mandatorily redeemable preferred securities of subsidiary trust | 111,000 | — | — | — | — | — | 111,000 |
| | 370,250 | — | — | — | — | — | 370,250 |
| **Future minimum operating lease payments(5)** | 342,086 | 59,891 | 54,461 | 48,379 | 41,405 | 36,004 | 101,946 |
| **QF Facilities(6)** | 143,606 | 9,395 | 8,075 | 7,908 | 2,811 | 3,804 | 111,613 |
| **Power Purchase Contracts(7)** | 1,694,561 | 306,293 | 291,984 | 269,869 | 231,096 | 162,384 | 432,935 |
| **Interest payments on existing debt and preferred securities** | 2,168,988 | 174,471 | 171,110 | 169,270 | 161,771 | 108,540 | 1,383,826 |
| **Total Commitments** | $ 6,481,565 | $ 608,108 | $ 567,933 | $ 600,076 | $ 852,493 | $ 567,292 | $ 3,285,663 |

(1)    In addition, as of December 31, 2002, NorthWestern had letters of credit totaling $20.4 million outstanding under its $280 million revolving credit facility. This facility was terminated and repaid in full on February 10, 2003. This facility was repaid with a portion of the proceeds from our new $390 million senior secured term loan, which we drew down on February 10, 2003 and which matures on December 1, 2006. We have adjusted the maturity schedule of the amounts outstanding under our $280 million revolving credit facility at December 1, 2002 to match the maturity schedule under our new $390 million senior secured term loan. The entire outstanding balance under the senior secured term loan matures on December 31, 2006, expected to be approximately $378 million, net of scheduled amortization. We have also included the interest payments on our senior secured

term loan in the interest payments reflected in this table.

(2)   These Montana Secured Medium Term Notes matured and were repaid in their entirety on January 27 and 28, 2003.

(3)   This facility had an outstanding balance of $27.1 million as of March 31, 2003. Amounts repaid under this facility may not be reborrowed. If Expanets defaults under this facility, we may be obligated to purchase inventory and accounts from Avaya in an amount equal to the outstanding balance of the facility.

*(Footnotes continued on the next page.)*

61

*(Footnotes continued from the preceding page.)*

(4)   Subsequent to December 31, 2002, we reached an agreement with Avaya to settle certain claims and to restructure the terms of Avaya's investments in Expanets' equity and debt securities. In connection with such agreement, Expanets paid down the balance of its credit facility to approximately $27.1 million, which was deferred until 2004 and will be repaid in equal payments on January 1, 2004, April 1, 2004 and July 1, 2004. Further, Expanets' non-interest bearing note in the face amount of $35.0 million which was carried on Expanets' books at a value of approximately $27.0 million at December 31, 2002 and is included in Other debt, various, was forgiven by Avaya. See Item 1. "Business—Communications, Network Services and Data Solutions Business—Expanets—Operating Developments" for further details of this agreement.

(5)   The capital lease obligations are principally used to finance equipment purchases. These leases have various implicit interest rates, which range from 2.0% to 16.1%. NorthWestern has a financial commitment related to certain vehicles under operating leases by Expanets and Blue Dot, in the event of default and subsequent failure to cure such default. At December 31, 2002 the amount of this financial commitment is approximately $24.7 million.

(6)   As discussed in "Utility Regulation—Electric Operations—Montana", with the acquisition of our Montana operations we assumed a liability for expenses associated with certain Qualifying Facilities Contracts, or QFs. The QFs require us to purchase minimum amounts of energy at prices ranging from $65 to $138 per megawatt hour through 2029. Our gross contractual obligation related to the QFs is approximately $1.9 billion. A portion of the costs incurred to purchase this energy is recoverable through rates authorized by the MPSC, totaling approximately $1.5 billion. We have established a liability as of the date of the acquisition of $134.3 million, which represents the net present value, utilizing a discount rate of 8.75%, of the difference between our obligations under the QFs and the related amount recoverable in rates. The obligation and payments reflected on this schedule represent the amortization of this liability.

(7)   As discussed in "Electric Operations—Electric Supply" and "Natural Gas Operations—Natural Gas Supply", we have entered into various power purchase commitments, largely purchased power, coal and natural gas supply, electric generation construction and natural gas transportation contracts. These commitments range from one to thirty years.

Each of the debt agreements, mandatorily redeemable preferred securities of subsidiary trust and capital and operating leases described in the above-referenced table, as well as other contractual obligations including the Blue Dot exchange agreements and the obligations under the Defined Benefit Pension and Postretirement Benefit Plan are described under the caption "Description of Indebtedness and Other Contractual Obligations."

For our utility only operations, which excludes Blue Dot, Expanets, and all other unregulated entities, and absent proceeds from the sale of non-core assets, we estimate the following for the years 2003 and 2004 ($ are approximate and in millions):

|  | 2003 | 2004 |
|---|---|---|
| Cash flows from operating activities(1) | $ 30 | $ 80 |
| Cash flows used in investing activities(2) | (60) | (60) |
| Cash flows provided (used) in financing activities(3) | 32 | (39) |
| Increase (decrease) in cash and cash equivalents | $ 2 | $ (19) |

(1)    The 2003 amount includes a net decrease in working capital of approximately $45 million and interest payments of approximately $140 million. The 2004 amount includes a net decrease in working capital of approximately $15 million and interest payments of approximately $140 million.

(2)    These amounts are comprised of capital expenditures.

62

---

(3)    The 2003 amount represents the net total of our currently anticipated financing activities for 2003 and is comprised of the following:

| | | |
|---|---|---|
| Net proceeds—Senior secured term loan | $ | 366 |
| Repayment of outstanding debt and retirement of letters-of-credit with proceeds from senior secured loan | | (280) |
| Trust preferred dividend payments | | (30) |
| Other debt payments | | (24) |
| Cash flows provided by financing activities | $ | 32 |

We have the right to defer payment of our trust preferred dividend payments for up to 20 consecutive quarters. The 2004 amount includes trust preferred dividend payments of approximately $30 million, and other debt payments of approximately $9 million.

Based on our current plans and business conditions, we expect that our available cash, cash equivalents and investments, together with amounts generated from operations, will be sufficient to meet our cash requirements for at least the next twelve months. However, due to a decrease in cash and cash equivalents during 2004, we believe that we may need additional funding sources or proceeds from the sale of non-core assets, by the end of 2004 or early in 2005. Commencing in 2005, we face substantial debt reduction payments. Absent the receipt of significant proceeds from the sale of non-core assets, the raising of additional capital or a restructuring of our debt, we will not have the ability to reduce our debt or meet our maturing debt obligations. Even if we are successful in selling some or all of our non-core assets, we will have to restructure our debt or seek new capital.

The principal elements of our turnaround plan will be to focus on our core electric and natural gas utility businesses and to commit to reduce our debt. In that regard,

- We do not intend to make any additional significant investments in, or commitments to, Expanets and Blue Dot while we examine strategic alternatives for these businesses, including the sale or disposition of each of these businesses or their assets;

- We are seeking to enforce a contract for the sale of our Colstrip Transmission line, and we propose to sell certain of our non-core assets, including our Montana First Megawatts project;

- We intend to review all corporate overhead and significantly reduce expenditures; and

- We have departed from our historical practice of paying dividends on our common stock.

**Description of Indebtedness and Other Contractual Obligations**

*Senior Notes.*    The Senior Notes are two series of unsecured notes that we issued in 2002 in connection with our acquisition of NorthWestern Energy LLC. These senior notes mature in 2007 and 2012.

*Senior Unsecured Debt.*    The Senior Unsecured Debt is a general obligation that matures in 2028. We issued this debt in November 1998, and the proceeds were used to repay short-term indebtedness and for general corporate purposes.

*Senior Secured Term Loan.*    In February 2003, we closed and received funds from a $390 million senior secured term loan, which is secured by $280 million of First Mortgage Bonds secured by substantially all of our Montana utility assets and $110 million of First Mortgage Bonds secured by substantially all of our South Dakota and Nebraska utility assets. The net proceeds from this facility were used to repay $260 million outstanding plus approximately $20 million in letters of credit and terminate our prior working capital facility, which had a $280 million revolving line of credit, and provided ongoing liquidity to the Company. Our prior credit facility, which bore interest at a variable

63

rate tied to the London Interbank Offered Rate plus a spread of 1.5% based on our credit ratings and accrued interest at 2.88% per annum as of December 31, 2002, was repaid and terminated on February 10, 2003.

Our new senior secured term loan bears interest at a variable rate tied to the Eurodollar rate, with a floor of 3.0%, plus a spread of 5.75% or at the prime rate, with a floor at 4.00%, plus a spread of 4.75%. Our new senior secured term loan expires on December 1, 2006, although we must make quarterly amortization payments equal to $975,000 commencing on March 31, 2003. The credit agreement with respect to our senior secured term loan contains a number of representations and warranties and imposes a number of restrictive covenants that, among other things, limit our ability to incur indebtedness and make guarantees, create liens, make capital expenditures, pay dividends and make investments in other entities.

In addition, we are required to maintain certain financial ratios for NorthWestern and its subsidiaries, excluding Blue Dot, Expanets and CornerStone (the "Borrower"), including:

- net worth, as defined, on the last day of each fiscal quarter of at least $616.0 million plus 50% of cumulative net income (but not losses) from each quarter commencing with the quarter ending March 31, 2003 ($785.1 million at December 31, 2002);

- a funded debt to total capital ratio, as defined, on the last day of each fiscal quarter of no greater than 72.5% (69.1% at December 31, 2002);

- a ratio of utility business earnings before interest, taxes, depreciation and amortization, or EBITDA(1), to consolidated recourse interest expense (which excludes non-cash interest expense) for the prior four fiscal quarters of at least 1.40 to 1.00 (2.25 at December 31, 2002);

---

(1)    EBITDA is a non-GAAP financial measure and as such, we have not used it in describing our results of operations. We have used EBITDA in this section specifically to show compliance with our debt covenants and we do not refer to EBITDA for any other purpose herein.

- a ratio of Montana utility business EBITDA to interest expense on the Montana First Mortgage Bonds for the trailing four fiscal quarters of at least 3.00 to 1.00 (7.52 at December 31, 2002);

- a ratio of South Dakota utility business EBITDA to interest expense on the South Dakota First Mortgage Bonds for the trailing four fiscal quarters of at least 2.50 to 1.00 (6.11 at December 31, 2002);

- a ratio of funded debt outstanding on the last day of each fiscal quarter to utility business EBITDA for the trailing four fiscal quarters of less than 8.75 to 1.00 prior to January 1, 2004, less than 8.25 to 1.00 during 2004 and less than 7.50 to 1.00 thereafter (7.68 at December 31, 2002);

- a ratio of the aggregate amount of Montana First Mortgage Bonds outstanding on the last day of each fiscal quarter to Montana utility business EBITDA for the trailing four fiscal quarters of less than 4.25 to 1.00 prior to January 1, 2005 and less than 3.75 to 1.00 thereafter (1.99 at December 31, 2002); and

- a ratio of the aggregate amount of South Dakota First Mortgage Bonds outstanding on the last day of each fiscal quarter to South Dakota utility business EBITDA for the trailing four fiscal quarters of less than 4.75 to 1.00 prior to January 1, 2005 and less than 4.25 to 1.00 thereafter (2.32 at December 31, 2002);

For purposes of determining compliance with these covenants, "net worth" is defined as the sum of shareholders' equity and preferred stock (including mandatorily redeemable preferred stock of subsidiary trusts), preference stock and preferred securities of the Borrower on September 30, 2002, with said total specified as $770 million, plus any gain in (or minus any loss in) the sum of

64

shareholders' equity and preferred stock (including mandatorily redeemable preferred stock of subsidiary trusts), preference stock and preferred securities of the Borrower (excludes losses of subsidiaries Expanets, Blue Dot and CornerStone) after September 30, 2002. Total capital is defined as funded debt on any such date plus net worth (as defined) as of the end of the most recent fiscal quarter. The table below shows the components used to determine net worth (as defined), and the respective amounts of each component, at December 31, 2002:

| | |
|---|---:|
| Shareholders' deficit at December 31, 2002 (in thousands) | $ (456,076) |
| Add back losses of Excluded Subsidiaries (as defined): | |
| Loss on discontinued operations | 101,655 |
| Expanets loss for the quarter ended December 31, 2002 | 447,636 |
| Blue Dot loss for the quarter ended December 31, 2002 | 321,602 |
| Company obligated mandatorily redeemable preferred securities of subsidiary trusts | 370,250 |
| Net Worth (as defined) | $ 785,067 |

In January 2003, in connection with executing the new senior secured term loan, we applied to the MPSC for authorization to issue up to $280 million aggregate principal amount of First Mortgage Bonds secured by Montana utility assets as security for our new senior secured term loan facility. In granting its approval, the MPSC placed the following conditions on the approval of the First Mortgage Bonds:

- We must apply all proceeds from the sale of non-utility assets, specifically including Blue Dot and Expanets, to debt reduction;

- We must commit to fully funding the operation, maintenance, repair and replacement of our public utility infrastructure in Montana and to file a required maintenance plan and budget with the MPSC, which we have filed;

- We may not provide more than an additional $10 million in the aggregate in capital to any non-utility entity without the prior approval of the MPSC;

- We must report all advances to non-utility companies to the MPSC within 5 business days of such advance; and

- if the existing credit agreements for Blue Dot or Expanets are terminated, we may file an application with the MPSC seeking approval to provide secured loans of up to $20 million to Blue Dot and up to $30 million to Expanets.

Our turnaround plan is dependent upon receiving proceeds from the sale of our non-core assets, in order to reduce our debt. We are generally prohibited from selling our assets, other than sales of our Colstrip transmission system, sales of assets of, or capital stock in, Montana Megawatts I, LLC and other entities formed for the Montana First Megawatts Project, or sales of other assets that do not exceed, in the aggregate, 10% of the value of our consolidated tangible assets for our utility business as of the reference date for the senior secured term loan, or December 17, 2002. All of the net proceeds from a permitted sale or series of sales of utility assets of at least $10 million as well as 50% of the net proceeds of any equity offering of at least $10 million, must first be offered to the lenders to pay principal and accrued interest on the secured term loan. If such first offer is not accepted, we may use an amount not more than the remaining net proceeds of such transactions not accepted by the lenders to prepay other debt. We do not intend to sell any of our core utility assets. Depending upon the price at which Blue Dot, Expanets or other assets may be sold, we may be required to obtain a waiver from the lenders to sell their stock. While Expanets and Blue Dot are not prohibited from selling their assets and distributing the proceeds to their equity holders, the net proceeds would have to be offered for prepayment to the lenders before prepaying any other debt.

65

We may also offer to prepay, not more than once every three months, all on a portion of the senior secured term loan, which payment maybe accepted or rejected by the lenders. However, unlike mandatory prepayment offers required for the disposition of stock or assets or the issuance of equity, as described above, voluntary prepayment amounts declined by the lenders may not be used to prepay other indebtedness unless waived by the lenders.

***Other Mortgage Bonds.***   We have also issued other mortgage bonds under our South Dakota indenture that mature in 2005 and 2023, including our South Dakota Pollution Control Obligations. All of such bonds are secured by substantially all of our South Dakota and Nebraska electric and natural gas assets.

We have also issued other mortgage bonds under our Montana indenture that mature in 2005, 2006, 2007 and 2022. The Montana Pollution Control Obligations are three obligations that The Montana Power Company issued that mature in 2023. The Montana Secured Medium Term Notes are two obligations that The Montana Power Company issued that mature in 2003 and 2008. The Montana Natural Gas Transition Bonds were issued by The Montana Power Company and mature in 2012. All of these obligations are secured by substantially all of our Montana electric and natural gas assets. The series of Montana Secured Medium Notes that matured in January 2003 bore interest at 7.23% per annum and were repaid at their maturity on January 27-28, 2003.

The Montana Unsecured Medium Term Notes are three general obligations issued by The Montana Power Company that mature in 2006 and 2026.

*Blue Dot's Credit Facility.*    On August 30, 2002, Blue Dot entered into a working capital credit facility with a commercial bank that provides $20 million of available credit for general corporate purposes and matures on August 31, 2005. The facility bears interest at a variable rate (5.0% as of December 31, 2002 tied to the prime rate as announced from time to time by the bank under the credit facility or LIBOR plus in each case a variable margin. The margin can range from .25% to 1.00% above the prime rate or 2.75% to 3.50% above LIBOR. The facility is collateralized by substantially all assets of Blue Dot and contains restrictive covenants prohibiting, among other things, the use of cash by Blue Dot for various purposes including acquisitions, dividend payments to NorthWestern, acquiring outstanding shares of Blue Dot equity, as well as any capital expenditures unless funded by NorthWestern. The facility also prohibits the sale of certain assets, such as the non-core locations, without consent of the bank and provides that a default will occur in the event that NorthWestern ceases to control Blue Dot. The facility is nonrecourse to NorthWestern, but subordinates certain indebtedness owed to NorthWestern by Blue Dot to the obligations owed by Blue Dot under the credit facility. In addition, the facility requires Blue Dot to maintain minimum EBITDA requirements and fixed charge coverage ratios, as defined in the facility documents. As of December 31, 2002, $16.0 million was outstanding on the facility and Blue Dot was in default of certain covenants as a result of its failure to meet its minimum EBITDA requirement for the four quarters ending on December 31, 2002, fund capital expenditures with funds provided by NorthWestern in advance as required under the facility and deliver certain reports. In addition, as of March 31, 2002, the credit facility was fully drawn in the amount of $20 million and Blue Dot was in default on certain other covenants as a result of (i) its failure to meet the minimum EBITDA requirement for the four quarters ending on March 31, 2003, (ii) its failure to fund certain additional capital expenditures with funds provided by NorthWestern in advance as required under the facility, (iii) its failure to pay up to $4.1 million in redemption obligations to certain holders of Series A Preferred Stock and Class C Common Stock and (iv) making certain interest payments on subordinated debt which were prohibited by the terms of the credit facility. These defaults permit the bank at its election to, among other things, increase the interest rates to prime plus 4.00% and LIBOR plus 6.00%, suspend any further LIBOR borrowings, refuse to make any additional loans, terminate the credit facility and require the immediate repayment of all outstanding loans. In addition, the existence of these defaults prevent Blue Dot from making payments under certain subordinated debt, which will result in Blue Dot being in default under

66

these instruments. Blue Dot is currently attempting to obtain a waiver of the existing defaults and modify various financial and other covenants of the facility to prevent further potential defaults under the facility and under certain other obligations of Blue Dot. As of December 31, 2002, the facility has been classified as current in our consolidated Balance Sheet.

*Expanets' Credit Facility.*    The Expanets facility represents a short-term line of credit that was provided to Expanets by Avaya for the purpose of financing purchases of Avaya products and services. The remaining outstanding principal balance on the line of credit of approximately $27 million has been extended and is now due in three equal installments of approximately $9 million on each of January 1, April 1 and July 1, 2004. If Expanets defaults on this facility, we may be obligated to purchase inventory and accounts from Avaya in an amount equal to the then outstanding balance of the facility. As of December 31, 2002, the effective interest rate of this loan was 15%. No new borrowings are permitted under the facility and our repurchase obligation will remain in place until the balance is fully paid.

Expanets must achieve financial independence from NorthWestern and is in the process of seeking an asset-based commercial credit facility to replace the Avaya line of credit and to provide operating capital to fund its day-to-day operations. Expanets will incur additional expenses on systems to enhance internal controls.