

**BLANK ROME** LLP
COUNSELORS AT LAW

Phone:  (302) 425-6423
Fax:    (302) 425-6464
Email:  fatell@blankrome.com

July 27, 2005

**BY ELECTRONIC FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

   Re:   Magten Asset Management Corp., v. NorthWestern Corp., D.Del.
         Civil Action Nos. 04-1389 and 04-1508 (JJF) (the "Consolidated Appeals")

Dear Judge Farnan:

   As you are aware, together with Fried Frank Harris Shriver & Jacobson LLP, we are counsel for Magten Asset Management Corporation ("Magten"), the Appellant in the above-referenced matters. On March 10, 2005, Appellee NorthWestern Corporation ("NorthWestern") filed a Motion (i) to Dismiss Consolidated Appeals of Magten Asset Management Corporation and (ii) for Leave to Submit Opening Brief Which Exceeds 40 pages (the "Motion") (Docket No. 40). Briefing on the Motion was completed on July 12, 2005 in accordance with the briefing schedule agreed to by the parties and approved by the Court.

   Magten believes that the issues raised in the Motion are very significant and that oral argument would be beneficial. Therefore, pursuant to Local Rule 7.1.4, Appellant Magten respectfully requests that the Court schedule oral argument on the Motion to be held at the convenience of the Court.



The Honorable Joseph J. Farnan, Jr.
July 27, 2005
Page 2


Thank you very much for your consideration of this matter.

                      Respectfully Submitted,

                      Bonnie Glantz Fatell
                      (I. D. #3809)

BGF:js
cc:    Scott D. Cousins, Esquire
       Kathleen M. Miller, Esquire
       Neil B. Glassman, Esquire
       Mark Kenney, Esquire
       Jesse H. Austin, III, Esquire
       John V. Snellings, Esquire
       Alan W. Kornberg, Esquire
       Bonnie Steingart, Esquire