IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE:<br>    NORTHWESTERN CORP.<br><br>    Debtor. | )<br>)<br>)<br>)<br>) | Chapter 11<br>Bankruptcy Case No. 03-12872 (JLP) |
| Magten Asset Management Corp.,<br><br>    Appellant<br>v.<br>NorthWestern Corp.,<br><br>    Appellee | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 04-1389-JJF |

**STIPULATION AND ORDER AUTHORIZING APPELLANT
AND APPELLEE TO SUPPLEMENT THE RECORD ON APPEAL**

WHEREAS on October 25, 2004, Magten Asset Management Corporation (the "Appellant"), filed a notice of appeal under 28 U.S.C. § 158(a) in the United States Bankruptcy Court for the District of Delaware (the "Confirmation Appeal");

WHEREAS on December 10, 2004, the Confirmation Appeal was docketed in the District Court for the District of Delaware;

WHEREAS on October 26, 2004, Appellant, filed a notice of appeal under 28 U.S.C. § 158(a) in the United States Bankruptcy Court for the District of Delaware (the "MOU Appeal");

WHEREAS on December 9, 2004, the MOU Appeal was docketed in the District Court for the District of Delaware;

WHEREAS on December 30, 2004, the District Court for the District of Delaware entered an order consolidating the Confirmation Appeal and the MOU Appeal (the "Consolidated Appeals").

WHEREAS on June 8, 2005, the District Court for the District of Delaware entered an order approving the stipulation between the Appellant and NorthWestern Corporation (the "Appellee") establishing a briefing schedule.

120087.01600/40155359v1

IT IS HEREBY STIPULATED, AGREED AND ORDERED by and between Appellant and Appellee, that:

1. The record on appeal for the Consolidated Appeals be deemed supplemented to include the following additional items as designated and cited by the Appellant and Appellee in their respective briefs, responses and replies. The Appellant's supplemental documents and pleadings are listed on Exhibit "1" attached hereto and the Appellee's supplemental documents and pleadings are listed on Exhibit "2" attached hereto.

**BLANK ROME LLP**

_/s/_

Mark J. Packel (DE No. 4048)
Elio Battista, Jr. (DE No. 3814)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400

-and-

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
Bonnie Steingart
Gary L. Kaplan
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000

Attorneys for Appellant

**GREENBERG TRAURIG, LLP**

_/s/_ (Dennis A. Meloro DE No. 4435)
8/4/05

Scott D. Cousins (DE No. 3079)
William E. Chipman, Jr. (DE No. 3818)
1000 West Street, Suite 1540
Wilmington, DE 19801
Telephone: (302) 661-7000

-and-

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
Jesse H. Austin, III, Esq.
Karol K. Denniston, Esq.
600 Peachtree Street, Suite 2400
Atlanta, GA 30308
Telephone: (404) 815-2400

Attorneys for Appellee

SO ORDERED, this _____ day of _____, 2005

_____
The Honorable Joseph J. Farnan
United States District Court Judge

120087.01600/40155359v1

# EXHIBIT "1"

## Appellant's Supplemental Designation of Documents

| | Docket No. | Description |
|---|---|---|
| 1 | | NorthWestern Corporation Form 10K for fiscal year ended December 31, 2002 |
| 2 | Civil Action No. 04-1389, Docket No. 1 | Emergency Motion of Magten Asset Management Corporation for a Stay Pending Appeal of the Order Confirming the Debtor's Second Amended and Restated Plan of Reorganization *[Docket No. 1, Filed October 26, 2004]* |
| 3 | Civil Action No. 04-1389, Docket No. 2 | Brief in Support of Emergency Motion of Magten Asset Management Corporation for a Stay Pending Appeal of the Order Confirming the Debtor's Second Amended and Restated Plan of Reorganization *[Docket No. 2, Filed October 26, 2004]* |
| 4 | Bankruptcy Case No. 03-12872, Docket No. 2833 | Declaration of Gary L. Kaplan (related document 2832) filed by Magten Asset Management Corp (including all exhibits thereto) *[Docket No. 2833, Filed February 23, 2005]* |
| 6 | Bankruptcy Case No. 03-12872, Docket No. 2837 | Order (I) Shortening Time for Notice of Motion, (II) Approving Form and Manner of Notice and (III) Establishing Briefing Schedule *[Docket No. 2837, Filed February 24, 2005]* |
| 8 | Bankruptcy Case No. 03-12872, Docket No. 2863 | The New York Times Certification of Publication *[Docket No. 2863, Filed March 1, 2005]* |
| 9 | Bankruptcy Case No. 03-12872, Docket No. 2864 | Affidavit of Publication of The Billings Gazette *[Docket No. 2864, Filed March 1, 2005]* |
| 10 | Bankruptcy Case No. 03-12872, Docket No. 2870 | Joinder of Cornerstone Propane Operating LLC to Objection of Ad Hoc Committee of Class 7 Debtholders to Joint Motion of Magten Asset Management Corporation and Law Debenture Trust Company of New York as Indenture Trustee for Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving a Settlement Between Northwestern Corporation, Magten Asset Management Corporation, and Law Debenture Trust Company of New York *[Docket No. 2870, Filed March 2, 2005]* |
| 11 | Bankruptcy Case No. 03-12872, Docket No. 2871 | Affidavit of Karol Denniston - Related to Debtors Objection to Joint Motion of Magten Asset Management Corporation and Law Debenture Trust Company of New York as Indenture Trustee for Order Approving Settlement (related document 2868) (including all exhibits thereto) *[Docket No. 2871, Filed March 2, 2005]* |
| 12 | Bankruptcy Case No. 03-12872, Docket No. 2873 | Notice of Amendment to Plan Committee By-Laws in Connection with the Debtor's Second Amended and Restated Plan of Reorganization under Chapter 11 of the Bankruptcy |

|  | Docket No. | Description |
|---|---|---|
|  |  | Code *[Docket No. 2873, Filed March 3, 2005]* |
| 13 | Bankruptcy Case No. 03-12872, Docket No. 2880 | Joint Reply to the Objections of Northwestern Corporation, the Plan Committee and the Ad Hoc Committee to the Joint Motion for an Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving a Settlement Between Northwestern Corporation, Magten Asset Management Corporation and Law Debenture Trust Company of New York filed by Law Debenture Trust Company of New York, as Indenture Trustee, and Magten Asset Management Corp *[Docket No. 2880, Filed March 4, 2005]* |
| 14 | Bankruptcy Case No. 03-12872, Docket No. 2881 | Declaration of Gary L. Kaplan (related document 2880) filed by Law Debenture Trust Company of New York, as Indenture Trustee and Magten Asset Management Corp (including all exhibits thereto) *[Docket No. 2881, Filed March 4, 2005]* |
| 15 | Bankruptcy Case No. 03-12872, Docket No. 2884 | Verified Statement Pursuant to Bankruptcy Rule 2019 of Kramer Levin Naftalis & Frankel LLP Filed by Ad Hoc Committee of Class 7 Debtholders *[Docket No. 2884, Filed March 7, 2005]* |
| 17 | Bankruptcy Case No. 03-12872, Docket No. 2919 | Notice of Appeal filed by Law Debenture Trust Company of New York, as Indenture Trustee and Magten Asset Management Corp *[Docket No. 2919, Filed March 17, 2005]* |
| 18 | Bankruptcy Case No. 03-12872, Docket No. 2936 | Transcript of Hearing held on March 8, 2005 before the Honorable John L. Peterson *[Docket No. 2936, Filed March 23, 2005]* |
| 19 | Bankruptcy Case No. 05-50866 Docket No. 1 | Complaint to Revoke Order of Confirmation Pursuant to Section 1144 of the Bankruptcy Code and Rule 7001(5) of the Federal Rules of Bankruptcy Procedure and for Breach of Fiduciary Duty *[Docket No. 1, Filed April 15, 2005]* |
| 20 | Bankruptcy Case No. 05-50866 Docket No. 7 | Motion to Dismiss Adversary Proceeding or, in the Alternative to Stay Adversary Proceeding Pending Resolution of Appeal of Confirmation Order (including all exhibits thereto) *[Docket No. 7, Filed June 13, 2005]* |
| 22 | Bankruptcy Case No. 05-50866 Docket No. 9 | Response to and Memorandum of Law of Magten Asset Management Corporation and Law Debenture Trust Company of New York to Defendant's Motion to Stay Adversary Proceeding Pending Resolution of the Appeal of Confirmation Order or, in the Alternative, to Dismiss Complaint (including all exhibits thereto) *[Docket No. 9, Filed June 30, 2005]* |
| 23 | Bankruptcy Case No. 05-50866 Docket No. 10 | Declaration of Gary L. Kaplan (including all exhibits thereto) *[Docket No. 10, Filed July 1, 2005]* |
| 25 | Bankruptcy Case No. 05-50866 Docket No. 12 | Reply Brief in Further Support of Motion to Stay Adversary Proceeding Pending Resolution of Appeal of Confirmation Order or, in the Alternative, to Dismiss Complaint *[Docket No. 12, Filed July 11, 2005]* |

# EXHIBIT "2"

### Supplemental Designation of Documents

|   | Case No. 03-12872 Docket No. | Description |
|---|---|---|
| 1 | 2446 | Affidavit of Publication of Denver Prince in the Wall Street Journal *[Docket No. 2446, Filed December 6, 2004]* |
| 2 | 2447 | Affidavit of Publication of Arlene Moller in the New York Times *[Docket No. 2447, Filed December 6, 2004]* |
| 3 | 2448 | Affidavit of Publication of Holly O'Hara in the USA Today *[Docket No. 2448, Filed December 6, 2004]* |
| 4 | 2449 | Affidavit of Publication of Vicki Kiel in the Argus Leader *[Docket No. 2449, Filed December 6, 2004]* |
| 5 | 2450 | Affidavit of Publication of Patricia K. Van Patten in the Rapid City Journal *[Docket No. 2450, Filed December 6, 2004]* |
| 6 | 2451 | Affidavit of Publication of Terri Van Lieshout in the Great Falls Tribune *[Docket No. 2451, Filed December 6, 2004]* |
| 7 | 2452 | Affidavit of Publication of Barbara Hewitt in the Billings Tribune *[Docket No. 2452, Filed December 6, 2004]* |
| 8 | 2453 | Affidavit of Publication of Amy White in the Missoulian *[Docket No. 2453, Filed December 6, 2004]* |
| 9 | 2455 | Affidavit of Service of C. Schepper *[Docket No. 2455, Filed December 6, 2004]* |
| 10 | 2519 | Notice of Substantial Consummation of the Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code *[Docket No. 2519, Filed December 29, 2004]* |
| 11 | 2623 | Affidavit of Service of C. Schepper *[Docket No. 2623, Filed January 20, 2005]* |
| 12 | 2648 | Affidavit of Publication of Amy White in the Missoulian *[Docket No. 2648, Filed January 27, 2005]* |
| 13 | 2649 | Affidavit of Publication of Arlene Moller in the New York Times *[Docket No. 2649, Filed January 27, 2005]* |
| 14 | 2650 | Affidavit of Publication of Holly O'Hara in USA Today *[Docket No. 2650, Filed January 27, 2005]* |
| 15 | 2651 | Affidavit of Publication of Beth Buchanan in the Argus Leader *[Docket No. 2651, Filed January 27, 2005]* |
| 16 | 2652 | Affidavit of Publication of Kelly Walker in the Wall Street Journal *[Docket No. 2652, Filed January 27, 2005]* |
| 17 | 2653 | Affidavit of Publication of Lynnette Spicer in the Great Falls Tribune *[Docket No. 2653, Filed January 27, 2005]* |
| 18 | 2654 | Affidavit of Publication of Patricia K. Van Patten in the Rapid City Journal *[Docket No. 2654, Filed January 27, 2005]* |

| | Case No. 03-12872 Docket No. | Description |
|---|---|---|
| 19 | 2655 | Affidavit of Publication of Tammy Haar in the Billings Gazette *[Docket No. 2655, Filed January 27, 2005]* |
| 20 | 2714 | Notice of Reinstatement of Allowed Class 11 Environmental Claims Under the Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code *[Docket No. 2714, Filed February 1, 2005]* |
| 21 | 2715 | Notice of Distribution to Holders of Allowed Class 8(a) Subordinated Note Claims Represented by the TOPRS Notes Under the Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code *[Docket No. 2715, Filed February 1, 2005]* |
| 22 | 2716 | Notice of Distribution to Holders of Allowed Class 7 Unsecured Note Claims Under the Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code *[Docket No. 2716, Filed February 1, 2005]* |
| 23 | 2717 | Notice of Reinstatement of Allowed Class 5 Secured Bondholder Claims Under the Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code *[Docket No. 2717, Filed February 1, 2005]* |
| 24 | 2718 | Notice of Reinstatement of Allowed Class 4 Claims Under Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code *[Docket No. 2718, Filed February 1, 2005]* |
| 25 | 2832 | Joint Motion of Magten Asset Management Corporation and Law Debenture Trust Company of New York as Indenture Trustee for Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving a Settlement Between NorthWestern Corporation, Magten Asset Management Corporation and Law Debenture Trust Company of New York *[Docket No. 2832, Filed February 22, 2005]* |
| 26 | 2866 | Plan Committee's Objection to Joint Motion of Magten Asset Management Corporation and Law Debenture Trust Company of New York as Indenture Trustee for Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure [Re: Docket No. 2832] *[Docket No. 2866, Filed March 2, 2005]* |
| 27 | 2867 | Objection of Ad Hoc Committee of Class 7 Debtholders to Joint Motion of Magten Asset Management Corporation and Law Debenture Trust Company of New York as Indenture Trustee for Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving Settlement Between NorthWestern Corporation, Magten Asset Management Corporation and Law Debenture Trust Company of New York *[Docket No. 2867, Filed March 2, 2005]* |

146847/DEL

|    | Case No. 03-12872 Docket No. | Description |
|----|------------------------------|-------------|
| 28 | 2868 | NorthWestern Corporation's Objection to the Joint Motion of Magten Asset Management Corporation and Law Debenture Trust Company of New York as Indenture Trustee for Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Approving a Settlement Between NorthWestern Corporation, Magten Asset Management Corporation and Law Debenture Trust Company of New York *[Docket No. 2868, Filed March 2, 2005]* |
| 29 | 2910 | Memorandum Opinion Denying Joint Motion of Magten Asset Management Corporation and Law Debenture Trust Company of New York *[Docket No. 2910, Filed March 10, 2005]* |
| 30 | 2911 | Order Denying Joint Motion of Magten Asset Management Corporation and Law Debenture Trust Company of New York *[Docket No. 2911, Filed March 10, 2005]* |
|    | **Case No. 04-1389 Docket No.** | |
| 31 | 6 | Objection by Official Committee of Unsecured Creditors in Opposition to Motion for Stay Pending Appeal of the Order Confirming the Debtor's Second Amended and Restated Plan of Reorganization *[Docket No. 6, Filed October 27, 2004]* |
| 32 | 7 | Answering Brief in Opposition to Motion for Stay Pending Appeal of the Order Confirming the Debtor's Second Amended and Restated Plan of Reorganization *[Docket No. 7, Filed October 28, 2004]* |
| 33 | 8 | Exhibits D-G filed by NorthWestern Corp. in Support of Answering Brief *[Docket No. 8, Filed October 28, 2004]* |
| 34 | 10 | Response by Exit Finance Banks to Motion to Stay Pending Appeal of the Order Confirming Debtor's Second Amended and Restated Plan of Reorganization *[Docket No. 10, Filed October 28, 2004]* |
| 35 | 16 | Order Denying Motion for Stay Pending Appeal of the Order Confirming the Debtor's Second Amended and Restated Plan of Reorganization *[Docket No. 16, Entered October 29, 2004]* |
| 36 | 17 | Transcript re: Motion Hearing for Date 10/29/04 *[Docket No. 17, Filed November 1, 2004]* |
|    | **Case No. 05-50866 Docket No.** | |
| 37 | 8 | Motion to Intervene in Adversary Proceeding Filed by Plan Committee *[Docket No. 8, Filed June 21, 2005]* |
| 38 | 11 | Order Allowing the Plan Committee to Intervene in an Adversary Proceeding *[Docket No. 11, Entered July 1, 2005]* |

146847/DEL

| | Case No. 03-12872 Docket No. | Description |
|---|---|---|
| 39 | 13 | Joinder of the Plan Committee in Support of NorthWestern's Reply Brief in Further Support of Motion to Stay Adversary Proceeding Pending Resolution of Appeal of Confirmation Order, or, in the Alternative, to Dismiss Complaint *[Docket No. 13, Filed July 12, 2005]* |
| 40 | 17 | Order Granting in Part and Denying in Part Defendant's Motion to Stay Adversary Proceeding Pending Resolution of Appeal of Confirmation Order, or, in the Alternative, to Dismiss Complaint *[Docket No. 17, Entered July 26, 2005]* |
| 41 | 18 | Order Denying Request for Oral Argument With Respect to the Defendants' Motion to Stay Adversary Proceeding Pending Resolution of Appeal of Confirmation Order, or, in the Alternative, to Dismiss Complaint *[Docket No. 18, Entered July 26, 2005]* |

146847/DEL