IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTHWESTERN CORPORATION,<br><br>               Reorganized Debtor. | Chapter 11<br><br>Bankruptcy Case No. 03-12872 (JLP) |
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>               Appellant,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>               Appellee. | CA 04-1389-JJF |

**DEBTOR'S MOTION (i)TO DISMISS CONSOLIDATED
APPEALS OF MAGTEN ASSET MANAGEMENT CORPORATION; AND (ii)
FOR LEAVE TO SUBMIT OPENING BRIEF WHICH EXCEEDS 40 PAGES**

| | |
|---|---|
| **PAUL, HASTINGS, JANOFSKY & WALKER LLP**<br>Jesse H. Austin, III<br>Karol K. Denniston<br>Carolyn Chayavadhanangkur<br>600 Peachtree Street<br>Suite 2400<br>Atlanta, GA 30308<br>Telephone: (404) 815-2400<br><br>- and - | **GREENBERG TRAURIG, LLP**<br><br>Adam D. Cole<br>885 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 801-2100<br><br>- and -<br><br>**GREENBERG TRAURIG, LLP**<br>Scott D. Cousins (No. 3079)<br>William E. Chipman, Jr. (No. 3818)<br>The Brandywine Building<br>1000 West Street, Suite 1540<br>Wilmington, DE 19801<br>Telephone: (302) 661-7000 |
| Dated: March 10, 2005<br>Wilmington, Delaware | *Co-Counsel for NorthWestern Corporation* |

## DEBTOR'S MOTION (i)TO DISMISS CONSOLIDATED APPEALS OF MAGTEN ASSET MANAGEMENT CORPORATION; AND (ii) FOR LEAVE TO SUBMIT OPENING BRIEF WHICH EXCEEDS 40 PAGES

Appellee NorthWestern Corporation ("**NorthWestern**" or the "**Reorganized Debtor**") hereby moves (the "**Motion to Dismiss**") the Court, pursuant to Bankruptcy Rule 8011 of the Federal Rules of Bankruptcy Procedure, for an order dismissing the appeals (the "**Appeals**") of Magten Asset Management Corporation from: (i) the Order dated October 19, 2004 of the United States Bankruptcy Court for the District of Delaware Confirming the Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code dated August 18, 2004 [Magten, Exh. 163]; and (ii) the Order dated October 14, 2004, approving Memorandum of Understanding [Magten, Exh. 201]. In support of this Motion to Dismiss, NorthWestern relies upon its Memorandum of Law in Support of its Motion to Dismiss ("**Memorandum of Law**") filed contemporaneously herewith.

Additionally, NorthWestern hereby moves this Court for leave, pursuant to D. Del. LR 7.1.3, to submit the Memorandum of Law, which is 50 pages in length, 10 pages over the page limit set by this Court. The Motion to Dismiss is a potentially case dispositive motion that is of critical importance to the Reorganized Debtor and which, if granted, will significantly contribute to the resolution of the Appeals. Moreover, NorthWestern files the Memorandum of Law to assist the mediator and parties to the Appeals by setting forth its position on the Appeals.

NorthWestern understands that the parties to the Appeals are not required to respond to this Motion to Dismiss and that the Appeals cannot be decided until the mandatory mediation occurs, however, NorthWestern believes that the Memorandum of

Law will contribute to the mediator and the Court's understanding of NorthWestern's position and of the grounds underlying NorthWestern's Motion to Dismiss. Moreover, NorthWestern files the Memorandum of Law to assist the mediator and the parties to the mediation and to contribute to the efficient administration of the mediation. NorthWestern respectfully submits that the Memorandum of Law will further both the mediator's and/or the Court's resolution of these matters.

Finally, the Memorandum of Law is designed to streamline the mediation and motion practice relating to the Appeals. Even though the Appeals have been consolidated, NorthWestern could have filed two motions to dismiss and two memorandums of law, each dealing with issues relating specifically to each of the Appeals. Rather than filing two memorandums of law, NorthWestern believes that the issues presented in the Appeals are directly related to each other and that the Memorandum of Law, as filed, simplifies and properly frames the issues to be considered by the Court.

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law, NorthWestern requests that an order, in the form annexed hereto, be entered by the Court dismissing the Appeals. NorthWestern further requests that an order, in the form annexed hereto, granting leave, pursuant to D. Del. LR 7.1.3, to submit the Memorandum of Law in support of the Motion to Dismiss.

| | |
|---|---|
| Dated:  March 10, 2005<br>         Wilmington, Delaware | Respectfully submitted, |
| PAUL, HASTINGS, JANOFSKY &<br>     WALKER LLP<br>Jesse H. Austin, III<br>Karol K. Denniston<br>600 Peachtree Street<br>Suite 2400<br>Atlanta, GA 30308<br>Telephone: (404) 815-2400<br><br>- and - | GREENBERG TRAURIG, LLP<br><br>Adam D. Cole<br>885 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 801-2100<br><br>- and -<br><br>GREENBERG TRAURIG, LLP<br><br>_____<br>Scott D. Cousins (No. 3079)<br>William E. Chipman, Jr. (No. 3818)<br>The Brandywine Building<br>1000 West Street, Suite 1540<br>Wilmington, DE 19801<br>Telephone: (302) 661-7000<br><br>*Co-Counsel for NorthWestern Corporation* |