IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTHWESTERN CORPORATION,<br><br>Reorganized Debtor. | Chapter 11<br><br>Bankruptcy Case No. 03-12872 (JLP) |
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>Appellant,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Appellee. | CA 04-1389-JJF |

**ORDER GRANTING NORTHWESTERN CORPORATION'S
MOTION FOR LEAVE TO SUBMIT OPENING
BRIEF WHICH EXCEEDS 40 PAGES**

THE COURT having considered Appellee NorthWestern Corporation's ("**NorthWestern**") motion (the "**Motion**"), pursuant to D. Del. LR 7.1.3, to submit the Memorandum of Law[1] in support of its Motion to Dismiss, filed on March 10, 2005; and the Court finding that the Memorandum of Law will further the Court's resolution of these matters;

IT IS HEREBY ORDERED that:

1. NorthWestern's filing of the Memorandum of Law is approved.

2. The Memorandum of Law will be considered by the Court in deciding the Motion to Dismiss.

---

[1] Capitalized terms not otherwise defined herein, shall have the meanings ascribed to them in the Motion.

Dated: _____, 2004.

_____
Hon. Joseph J. Farnan
United States District Judge