IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NORTHWESTERN CORPORATION, ) | Bankruptcy Case No. 03-12872 (JLP) |
| ) | |
| Reorganized Debtor. ) | |
| | |
| MAGTEN ASSET MANAGEMENT ) | |
| CORPORATION, ) | |
| ) | |
| Appellant, ) | CA 04-1389-JJF |
| ) | |
| v. ) | |
| ) | |
| NORTHWESTERN CORPORATION, ) | |
| ) | |
| Appellee. ) | |

### ORDER GRANTING NORTHWESTERN CORPORATION'S
### MOTION TO DISMISS APPEALS

THE COURT having considered Appellee NorthWestern Corporation's ("**NorthWestern**") motion (the "**Motion to Dismiss**"), pursuant to Bankruptcy Rule 8011 of the Federal Rules of Bankruptcy Procedure, for an order dismissing the appeals (the "**Appeals**") of Magten Asset Management Corporation from: (i) the Order dated October 19, 2004 of the United States Bankruptcy Court for the District of Delaware Confirming the Debtor's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code dated August 18, 2004 [Magten, Exh. 163]; and (ii) the Order dated October 14, 2004, approving Memorandum of Understanding [Magten, Exh. 201]; and the Court having heard the statements of counsel regarding the relief requested in the Motion to Dismiss at a hearing before the Court;

IT IS HEREBY ORDERED that:

    1. The Motion to Dismiss is granted and the Appeals is dismissed with prejudice.

Dated: _____, 2004.

———

                                                                                       _____

                                                                                       Hon. Joseph J. Farnan
                                                                                       United States District Judge