IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHWESTERN CORPORATION, | ) | Bankruptcy Case No. 03-12872 (JLP) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| MAGTEN ASSET MANAGEMENT CORPORATION, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NORTHWESTERN CORPORATION, | ) | Civ. No. 04-1389-(JJF) |
| | ) | |
| Appellee. | ) | |

**CERTIFICATE OF SERVICE**

I, Dennis A. Meloro, Jr., hereby certify that on the 12th day of August 2005, I caused (2) copies of the *Debtor's Reply to Magten Asset Management Corporation's Opening Brief of Appellant* to be served via Hand Delivery on local counsel and first class mail upon all others listed on the attached Service List.

Dated: August 12, 2005

_____
Dennis A. Meloro (ID 4435)

**VIA HAND DELIVERY**
Blank Rome LLP
Elio Battista, Jr.,
1201 Market Street, Suite 800
Wilmington, DE 19801

Fried, Frank, Harris, Shriver & Jacobson LLP
Bonnie Steingart
Gary L. Kaplan
One New York Plaza
New York, NY 10004

**VIA HAND DELIVERY**
The Bayard Firm
222 Delaware Avenue
Wilmington, DE 19801
Attn: Neil B. Glassman, Esq.
Charlene D. Davis, Esq.
Unsecured Creditors Committee

Alan W. Kornberg, Esq.
Ephraim I. Diamond
Talia Gil
Paul, Weis, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

**VIA HAND DELIVERY**
Mark Kenney, Esq.
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Thomas J. Knapp, Vice President and General Counsel
NorthWestern Corporation
125 S. Dakota Avenue
Sioux Falls, SD 57104-6403

Devora L. Nealy, Paralegal
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E., Suite 2400
Atlanta, GA 30308

**VIA HAND DELIVERY**
Ian Connor Bifferato
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
Wilmington, DE 19899

**VIA HAND DELIVERY**
Kathleen M. Miller, Esquire
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
(Magten Asset Management Corporation)

**VIA HAND DELIVERY**
Collin J Seitz, Jr., Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19899

**VIA HAND DELIVERY**
David L. Finger, Esquire
Finger & Slanina, P.A.
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155