## CERTIFICATE OF SERVICE

I, Eric M. Sutty, do hereby certify that on this 12th day of August, 2005, I caused a true and correct copy of the attached **Joinder of the Plan Committee In Support of Northwestern's Reply Brief** to be served upon the following parties in the manner indicated.

**Via Hand Delivery**

Scott D. Cousins, Esquire
Victoria W. Counihan, Esquire
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

William J. Burnett, Esquire
Mark J. Packel, Esquire
Elio Batista, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Fl.
P.O. Box 410
Wilmington, DE 19899

Mark Kenney, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801

David L. Finger, Esquire
Finger & Slanina, P.A.
One Commerce Center
1201 Orange Street, Ste. 725
Wilmington, DE 19801-1155

**Via U.S. First Class Mail**

Amanda Darwin, Esquire
John V. Snellings, Esquire
Lee Harrington, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Jess H. Austin, III, Esquire
Karol K. Denniston, Esquire
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E. Suite 2400
Atlanta, GA 30308

Bonnie Steingart, Esquire
Gary L. Kaplan, Esquire
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10064

Alan W. Kornberg, Esquire
Margaret A. Phillips, Esquire
Ephraim I. Diamond, Esquire
Talia Gil, Esquire
Paul, Weiss, Rifkind, Wharton &
  Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

Thomas J. Knapp, VP & General
Counsel
NorthWestern Corporation
125 S. Dakota Avenue
Sioux Falls, SD 57104-6403

597845v1

Collin J. Seitz, Jr., Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE  19899

John V. Snellings, Esquire
Nixon & Peabody
100 Summer Street
Boston, MA  02100

                                                                                */s/ Eric M. Sutty*
                                                                                Eric M. Sutty (No. 4007)

597845v1