IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| NORTHWESTERN CORPORATION, | ) Bankruptcy Case No. 03-12872 (JLP) |
| MAGTEN ASSET MANAGEMENT CORP., | ) |
| Appellant, | ) CV. 04-1389 (JJF) |
| v. | ) |
| NORTHWESTERN CORPORATION, | ) |
| Appellee. | ) |

## AFFIDAVIT OF SERVICE

I, Carolyn B. Fox, being duly sworn according to law, deposes and says that I am employed by Greenberg Traurig, LLP, attorneys for the Defendant in the above captioned action, and that on the 18th day of July, 2005, caused copies of the *Notice of Completion of Briefing* to be served upon the attached service list via Hand Delivery on Local Counsel and First Class, United States Mail on the remaining parties.

Dated: August 24, 2005

Carolyn B. Fox

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid

Notary Public
My Commission Expires:

DONA K. KINTZ
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 28, 2006

DEL-FS1\138082v01

## CERTIFICATE OF SERVICE

I hereby certify that copies of Northwestern's **Notice of Completion of Briefing** were caused to be served on the 18 day of July, 2005, on the following counsel in the manner indicated:

**VIA HAND DELIVERY**
Blank Rome LLP
Elio Battista, Jr.,
1201 Market Street, Suite 800
Wilmington, DE 19801

**VIA REGULAR MAIL**
Fried, Frank, Harris, Shriver & Jacobson LLP
Bonnie Steingart
Gary L. Kaplan
One New York Plaza
New York, NY 10004

**VIA HAND DELIVERY**
The Bayard Firm
222 Delaware Avenue
Wilmington, DE 19801
Attn: Neil B. Glassman, Esq.
Charlene D. Davis, Esq.
Unsecured Creditors Committee

**VIA REGULAR MAIL**
Alan W. Kornberg, Esq.
Ephraim I. Diamond
Talia Gil
Paul, Weis, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

**VIA HAND DELIVERY**
Mark Kenney, Esq.
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801

**VIA REGULAR MAIL**
Thomas J. Knapp, Vice President and General
NorthWestern Corporation
125 S. Dakota Avenue
Sioux Falls, SD 57104-6403

**VIA REGULAR MAIL**
Devora L. Nealy, Paralegal
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E., Suite 2400
Atlanta, GA 30308

**VIA HAND DELIVERY**
Ian Connor Bifferato
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
Wilmington, DE 19899

**VIA HAND DELIVERY**
Kathleen M. Miller, Esquire
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
(Magten Asset Management Corporation)

**VIA HAND DELIVERY**
Collin J Seitz, Jr., Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19899

**VIA HAND DELIVERY**
David L. Finger, Esquire
Finger & Slanina, P.A.
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155

Dated: July 18, 2005

By: _____
Dennis A. Meloro (No. 4435)