IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NORTHWESTERN CORPORATION, | Chapter 11<br><br>Bankruptcy Case No. 03-12872 (JLP) |
| MAGTEN ASSET MANAGEMENT CORP.,<br><br>Appellant,<br><br>v.<br><br>NORTHWESTERN CORPORATION,<br><br>Appellee. | CV. 04-1389 (JJF) |

**AFFIDAVIT OF SERVICE**

I, Carolyn B. Fox, being duly sworn according to law, deposes and says that I am employed by Greenberg Traurig, LLP, attorneys for the Appelle in the above captioned action, and that on the 8th day of September, 2005, caused copies of Notice of Completion of Briefing to be served upon the attached service list via Hand Delivery on Local Counsel and First Class, United States Mail on the remaining parties.

Dated: September 12, 2005

_Carolyn B. Fox_

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid

_Notary Public_
My Commission Expires:
DONNA K.
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 28, 2006

DEL-FS1\138082v01

## CERTIFICATE OF SERVICE

I hereby certify that copies of Northwestern's **Notice of Completion of Briefing** were caused to be served on the 18 day of July, 2005, on the following counsel in the manner indicated:

**VIA HAND DELIVERY**
Blank Rome LLP
Elio Battista, Jr.,
1201 Market Street, Suite 800
Wilmington, DE 19801

**VIA REGULAR MAIL**
Fried, Frank, Harris, Shriver & Jacobson LLP
Bonnie Steingart
Gary L. Kaplan
One New York Plaza
New York, NY 10004

**VIA HAND DELIVERY**
The Bayard Firm
222 Delaware Avenue
Wilmington, DE 19801
Attn: Neil B. Glassman, Esq.
Charlene D. Davis, Esq.
Unsecured Creditors Committee

**VIA REGULAR MAIL**
Alan W. Kornberg, Esq.
Ephraim I. Diamond
Talia Gil
Paul, Weis, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

**VIA HAND DELIVERY**
Mark Kenney, Esq.
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801

**VIA REGULAR MAIL**
Thomas J. Knapp, Vice President and General
NorthWestern Corporation
125 S. Dakota Avenue
Sioux Falls, SD 57104-6403

**VIA REGULAR MAIL**
Devora L. Nealy, Paralegal
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E., Suite 2400
Atlanta, GA 30308

**VIA HAND DELIVERY**
Ian Connor Bifferato
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
Wilmington, DE 19899

**VIA HAND DELIVERY**
Kathleen M. Miller, Esquire
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
(Magten Asset Management Corporation)

**VIA HAND DELIVERY**
Collin J Seitz, Jr., Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19899

**VIA HAND DELIVERY**
David L. Finger, Esquire
Finger & Slanina, P.A.
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801-1155

Dated: July 18, 2005

By: _____
Dennis A. Meloro (No. 4435)