

**BLANK ROME LLP**
COUNSELORS AT LAW

*Phone:*   *(302) 425-6467*
*Fax:*     *(302) 425-6464*
*Email:*   *dube@blankrome.com*

October 31, 2005

**VIA CMF AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE 19801

> Re:   **Magten Asset Management Corp.** (*In re: NorthWestern Corporation*)

Your Honor:

    This will confirm the message left with Chambers on Friday, October 28, 2005, that Magten and Northwestern are jointly requesting that the Court extend by one week – until November 4, 2005 – the date by which the parties may select a settlement mediator.

    Counsel is available by telephone, should Your Honor have any questions.

Respectfully submitted,

___/s/ Dale R. Dubé___
Dale R. Dubé  (I.D. #2863)

- and -

___/s/ William E. Chipman, Jr.___
William E. Chipman, Jr.  (I.D. #3818)
GREENBERG TRAURIG LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

SO ORDERED, this ___ day of _____, 2005.

_____
Joseph J. Farnan, Jr., USDJ

Chase Manhattan Centre  1201 Market Street  Suite 800  Wilmington, DE 19801
www.BlankRome.com

Delaware  •  Florida  •  Maryland  •  New Jersey  •  New York  •  Ohio  •  Pennsylvania  •  Washington, DC



The Honorable Joseph J. Farnan, Jr.
October 31, 2005
Page 2

DRD:pb
cc:    Clerk of Court (via CMF)
       Bonnie Steingart, Esquire
       Gary L. Kaplan, Esquire
       David A. Jenkins, Esquire (via hand delivery)
       Kathleen M. Miller, Esquire (via hand delivery)
       Bijan Amini, Esquire (via Federal Express)
       William E. Chipman, Jr., Esquire (via hand delivery)
       Jessie H. Austin, III, Esquire (via Federal Express)
       Karol K. Denniston, Esquire (via Federal Express)
       Neil B. Glassman, Esquire (via hand delivery)
       Charlene D. Davis, Esquire (via hand delivery)
       Adam G. Landis, Esquire (via hand delivery)
       Robert J. Dehney, Esquire (via hand delivery)
       Curtis S. Miller, Esquire (via hand delivery)
       David L. Finger, Esquire (via hand delivery)
       Amanda Darwin, Esquire (via Federal Express)
       John V. Snellings, Esquire (via Federal Express)
       Alan W. Kornberg, Esquire (via Federal Express)
       Margaret A. Phillips, Esquire (via Federal Express)
       Stanley T. Kaleczyc, Esquire (via Federal Express)
       Denise Seastone Kraft, Esquire (via hand delivery)
       Office of the United States Trustee (via hand delivery)