```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE
```

| | |
|---|---|
| IN RE: | : Chapter 11 |
| NORTHWESTERN CORP., | : Bankruptcy Case No. 03-12872-CGC |
|     Debtor. | : |
| MAGTEN ASSET MANAGEMENT CORP., | : |
|     Appellant, | : |
| v. | : Civil Action No. 04-1389-JJF |
| NORTHWESTERN CORP., | : |
|     Appellee. | : |

<u>**O R D E R**</u>

WHEREAS, the Debtor, NorthWestern Corporation, filed a Motion To Dismiss (D.I. 40) which was removed from the Court's docket when the case was closed following what appeared to be a successful mediation;

WHEREAS, the Court was later informed that the mediation had failed, and the Debtor re-filed the Motion To Dismiss (D.I. 67);

WHEREAS, the Plan Committee, as successor to the Official Committee of Unsecured Creditors, has filed a Motion For Joinder In Support Of NorthWestern's Motion To Dismiss Consolidated Appeals Of Magten Asset Management Corporation (D.I. 57);

WHEREAS, the parties to the above-captioned appeal pursued mediation a second time, and the docket in this case currently reflects that the case remains in a mediation posture;

WHEREAS, the Court has further ordered the parties to submit a status letter by April 4, 2006 (D.I. 92);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Debtors' Motion To Dismiss (D.I. 67) is **DENIED** with leave to renew, if necessary, upon the filing of the parties' status letter.

2. The Motion For Joinder In Support Of NorthWestern's Motion To Dismiss Consolidated Appeals Of Magten Asset Management Corporation (D.I. 57) filed by the Plan Committee is **DENIED** with leave to renew, if necessary, upon the filing of the parties' status letter.

3. Any renewal of the aforementioned Motions shall be made by letter request, without refiling the original Motions.

March 28, 2006
Date

UNITED STATES DISTRICT JUDGE