# Paul Hastings
ATTORNEYS

Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E. • Twenty-Fourth Floor • Atlanta, GA 30308
telephone 404 815 2400 • facsimile 404 815 2424 • www.paulhastings.com

Atlanta
Beijing
Brussels
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, DC

(404) 815-2208
jessaustin@paulhastings.com

April 5, 2006

38910.00006

**VIA ECF AND UPS OVERNIGHT**

The Honorable Joseph J. Farnan, Jr.
United States District Judge
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware  19801

Re:   NorthWestern Corporation, Chapter 11 Case No. 03-12872-CGC

Magten Asset Management Corp. v NorthWestern Corporation, Civil Action No. 04-1389-JJF

Dear Judge Farnan:

This letter is in response to that certain Order dated March 28, 2006 issued in the above-referenced appeal.  A copy of your March 28 Order is attached to this letter.

As you should now be aware from that certain joint status report letter dated April 4, 2005, efforts to mediate a resolution of all matters, including the referenced appeal, among NorthWestern Corporation, Magten Asset Management Corporation and other parties-in-interest have resulted in failure and there is no corresponding settlement of the pending litigations.  As a result, NorthWestern renews its Motion to Dismiss (D.I. 40) the referenced consolidated appeal on the grounds, among other reasons, equitable mootness and asks that the Court place such motion on its active docket for ruling.  We presume that the Plan Committee will also seek a renewal of its Motion for Joinder in Support of NorthWestern's Motion to Dismiss Consolidated Appeals of Magten Asset Management Corporation (D.I. 57).

LEGAL_US_W # 53450736.1

**Paul Hastings**
ATTORNEYS

The Honorable Joseph J. Farnan, Jr.
April 5, 2006
Page 2

The issuance of this letter is in accordance with paragraph 3 of your March 28, 2006 Order seeking a renewal of the referenced motion.

Respectfully,

*[signature]*

Jesse H. Austin, III
of PAUL, HASTINGS, JANOFSKY & WALKER LLP
Attorneys for NorthWestern Corporation

JHA:ld

Enclosure

cc:   Clerk of Court (Via ECF)
      Dale R. Dube, Esq. (via e-mail)
      Bonnie Steingart, Esq. (via e-mail)
      John W. Brewer, Esq. (via e-mail)
      Gary L. Kaplan, Esq. (via e-mail)
      Kathleen M. Miller, Esq. (via e-mail)
      Bijan Amini, Esq. (via e-mail)
      Amanda Darwin, Esq. (via e-mail)
      John V. Snellings, Esq. (via e-mail)
      Stanley T. Kaleczyc, Esq. (via e-mail)
      Kimberly Beatty, Esq. (via e-mail)
      Denise Seastone Kraft, Esq. (via e-mail)
      Paul Spagnoletti, Esq. (via e-mail)
      Steven J. Reisman, Esq. (via e-mail)
      Joseph D. Pizzurro (via e-mail)
      Victoria Counihan, Esq. (via e-mail)
      Alan W. Kornberg, Esq. (via e-mail)
      Kelley A. Cornish, Esq. (via e-mail)
      Neil B. Glassman, Esq. (via e-mail)
      Charlene Davis, Esq. (via e-mail)
      Thomas G. Knapp, Esq. (via e-mail)

```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF DELAWARE
```

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| NORTHWESTERN CORP., | : | Bankruptcy Case No. 03-12872-CGC |
| | : | |
| Debtor. | : | |
| | : | |
| MAGTEN ASSET MANAGEMENT CORP., | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civil Action No. 04-1389-JJF |
| | : | |
| NORTHWESTERN CORP., | : | |
| | : | |
| Appellee. | : | |

### O R D E R

WHEREAS, the Debtor, NorthWestern Corporation, filed a Motion To Dismiss (D.I. 40) which was removed from the Court's docket when the case was closed following what appeared to be a successful mediation;

WHEREAS, the Court was later informed that the mediation had failed, and the Debtor re-filed the Motion To Dismiss (D.I. 67);

WHEREAS, the Plan Committee, as successor to the Official Committee of Unsecured Creditors, has filed a Motion For Joinder In Support Of NorthWestern's Motion To Dismiss Consolidated Appeals Of Magten Asset Management Corporation (D.I. 57);

WHEREAS, the parties to the above-captioned appeal pursued mediation a second time, and the docket in this case currently reflects that the case remains in a mediation posture;

WHEREAS, the Court has further ordered the parties to submit a status letter by April 4, 2006 (D.I. 92);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Debtors' Motion To Dismiss (D.I. 67) is **DENIED** with leave to renew, if necessary, upon the filing of the parties' status letter.

2. The Motion For Joinder In Support Of NorthWestern's Motion To Dismiss Consolidated Appeals Of Magten Asset Management Corporation (D.I. 57) filed by the Plan Committee is **DENIED** with leave to renew, if necessary, upon the filing of the parties' status letter.

3. Any renewal of the aforementioned Motions shall be made by letter request, without refiling the original Motions.

March 28, 2006
Date

_____
UNITED STATES DISTRICT JUDGE