# THE BAYARD FIRM
## ATTORNEYS

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE

www.bayardfirm.com

302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS
302-429-4212
cdavis@bayardfirm.com

April 6, 2006

<u>Via Hand Delivery and Electronic Mail</u>

The Honorable Joseph J. Farnan, Jr.
United States District Judge
United States District Court
844 King Street, Room 4124
Lock Box 27
Wilmington, DE 19801

    Re:    NorthWestern Corporation, Chapter 11 Case No. 03-12872-KJC
                Magten Asset Management Corp. v. NorthWestern Corporation;
                <u>Civil Action No. 04-1389 (JJF) (consolidated)</u>

Dear Judge Farnan:

       Along with Paul Weiss Rifkind Wharton & Garrison LLP, we are counsel to the Plan Committee, successor to the Official Committee of Unsecured Creditors and appointed in the chapter 11 case of NorthWestern Corporation ("<u>NorthWestern</u>"), chapter 11 case no. 03-12872 (KJC), pursuant to Section 7.9 of NorthWestern's Second Amended and Restated Plan of Reorganization under Chapter 11 of the Bankruptcy Code.

       This letter is in response to that certain Order dated March 28, 2006 issued in the above referenced consolidated appeal (the "Appeal") and in support of the April 5, 2006 letter of Jesse H. Austin, attorney for NorthWestern whereby NorthWestern renewed its Motion to Dismiss the Appeal (D.I. 40). In addition, by this letter in accordance with paragraph 3 of your March 28, 2006 Order, the Plan Committee renews its Motion for Joinder in Support of NorthWestern's Motion to Dismiss Consolidated Appeals of Magten Asset Management Corporation (D.I. 57).

622381v1

THE BAYARD FIRM

The Honorable Joseph J. Farnan, Jr.
April 6, 2006
Page 2

      We are available at the Court's convenience should Your Honor have any questions regarding this matter.

                                Respectfully submitted,

                                Charlene D. Davis

CDD/lmc
cc:     Clerk of Court (via ECF)
        Mark S. Kenney, Esq. (via e-mail and facsimile)
        Dale R. Dube, Esq. (via e-mail)
        Bonnie Steingart, Esq. (via e-mail)
        John W. Brewer, Esq. (via e-mail)
        Gary L. Kaplan, Esq. (via e-mail)
        Kathleen M. Miller, Esq. (via e-mail)
        Bijan Amini, Esq. (via e-mail)
        Amanda Darwin, Esq. (via e-mail)
        John V. Snellings, Esq. (via e-mail)
        Stanley T. Kaleczyc, Esq. (via e-mail)
        Kimberly Beatty, Esq. (via e-mail)
        Denise Seastone Kraft, Esq (via e-mail)
        Paul Spagnoletti, Esq. (via e-mail)
        Jesse H. Austin, III, Esq. (via e-mail)
        Steven J. Reisman, Esq. (via e-mail)
        Joseph D. Pizzurro, Esq. (via e-mail)
        Victoria Counihan, Esq. (via e-mail)
        Alan W. Kornberg, Esq. (via e-mail)
        Kelley A. Cornish, Esq. (via e-mail)
        Neil B. Glassman, Esq. (via e-mail)
        Thomas G. Knapp, Esq. (via e-mail)

#30041-1

622381v1