

**BLANK ROME LLP**
COUNSELORS AT LAW

*Phone:* *(302) 425-6467*
*Fax:* *(302) 425-6464*
*Email:* *dube@blankrome.com*

April 11, 2006

**VIA CMF AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE 19801

> Re: *Magten Asset Management Corp. v. NorthWestern Corporation;*
> C.A. No. 04-1389-JJF

Your Honor:

    We represent Magten Asset Management Corp. ("Magten"), the appellant in the above-captioned Appeal. The merits of the Appeal have been fully briefed. [D.I. 63, 68, 71]. On April 5, 2006, NorthWestern renewed its Motion to Dismiss this appeal. [D.I. 95]. The Plan Committee has also renewed its joinder in that motion. [D.I. 96].

    Magten continues to oppose the Motion to Dismiss the Appeal, as fully set forth in Magten's opposition docketed at D.I. 59 in this case. Magten also believes the issues to be decided in the Motion to Dismiss are intricately intertwined with the substantive issues to be decided in the Appeal, and therefore respectfully requests that the Court consider the merits of the Appeal at the same time it considers the Motion to Dismiss.

    Magten would welcome a status conference to address any questions or suggestions Your Honor may have concerning the multiple matters before the Court that involve NorthWestern and Magten.

Respectfully submitted,

*Dale Dubé*

Dale R. Dubé

Chase Manhattan Centre  1201 Market Street  Suite 800  Wilmington, DE 19801
www.BlankRome.com

Delaware • Florida • Maryland • New Jersey • New York • Ohio • Pennsylvania • Washington, DC



The Honorable Joseph J. Farnan, Jr.
April 11, 2006
Page 2


DRD/pb
cc:    Clerk of Court (via hand delivery)
       Bijan Amini, Esquire (via e-mail and Federal Express)
       Jesse H. Austin, III, Esquire (via e-mail and Federal Express)
       John W. Brewer, Esquire
       Victoria W. Counihan, Esquire (via e-mail and hand delivery)
       Amanda Darwin, Esquire (via e-mail and Federal Express)
       Charlene Davis, Esquire (via e-mail and hand delivery)
       Robert J. Dehney, Esquire (via e-mail and hand delivery)
       Nancy E. Delaney, Esquire (via e-mail and Federal Express)
       Karol K. Denniston, Esquire (via e-mail and Federal Express)
       Ephraim I. Diamond, Esquire (via e-mail and Federal Express)
       Neil B. Glassman, Esquire (via e-mail and hand delivery)
       Dennis E. Glazer, Esquire (via e-mail and Federal Express)
       Miriam K. Harwood, Esquire (via e-mail and Federal Express)
       David A. Jenkins, Esquire (via e-mail and hand delivery)
       Gary L. Kaplan, Esquire
       Alan W. Kornberg, Esquire (via e-mail and Federal Express)
       Dennis A. Meloro, Esquire (via e-mail and hand delivery)
       Curtis S. Miller, Esquire (via e-mail and hand delivery)
       Kathleen M. Miller, Esquire (via e-mail and hand delivery)
       Jordanna L. Nadritch, Esquire
       Joanna I. Palacios, Esquire
       Margaret A. Phillips, Esquire (via e-mail and Federal Express)
       Joseph D. Pizzurro, Esquire (via e-mail and Federal Express)
       Steven J. Reisman, Esquire (via e-mail and Federal Express)
       Avery Samet, Esquire (via e-mail and Federal Express)
       John V. Snellings, Esquire (via e-mail and Federal Express)
       Paul Spagnoletti, Esquire (via e-mail and Federal Express)
       Bonnie Steingart, Esquire