# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NORTHWESTERN CORPORATION, ) | Bankruptcy Case No. 03-12872 (KJC) |
| ) | |
| Debtor. ) | |
| ) | |
| MAGTEN ASSET MANAGEMENT ) | |
| CORPORATION, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | |
| ) | Civ. No. 04-1389-(JJF) |
| NORTHWESTERN CORPORATION, ) | |
| ) | |
| Appellee. ) | |

## CERTIFICATE OF SERVICE

I, Dennis A. Meloro, being duly sworn according to law, deposes and says that I am employed by Greenberg Traurig, LLP, which is counsel for Northwestern Corporation and hereby certify that on the 20th day of April 2006, I caused copies of the *Supplemental Brief in Support of Motion to Dismiss Consolidated Appeals* to be served upon the attached service list via Hand Delivery on local counsel and via First Class, United States Mail upon the remaining parties.

Dated: April 21, 2006

_____
Dennis A. Meloro (No. 4435)
Greenberg Traurig, LLP
1007 North Orange Street, Suite 1200
The Nemours Building
Wilmington, DE 19801

**VIA HAND DELIVERY**
Blank Rome LLP
Elio Battista, Jr.,
1201 Market Street, Suite 800
Wilmington, DE 19801

Fried, Frank, Harris, Shriver & Jacobson LLP
Bonnie Steingart
Gary L. Kaplan
One New York Plaza
New York, NY 10004

**VIA HAND DELIVERY**
The Bayard Firm
222 Delaware Avenue
Wilmington, DE 19801
Attn: Neil B. Glassman, Esq.
Charlene D. Davis, Esq.
(Unsecured Creditors Committee)

Alan W. Kornberg, Esq.
Ephraim I. Diamond
Talia Gil
Paul, Weis, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

**VIA HAND DELIVERY**
Mark Kenney, Esq.
Office of the United States Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Thomas J. Knapp, Vice President and General Counsel
NorthWestern Corporation
125 S. Dakota Avenue
Sioux Falls, SD 57104-6403

Toronda Silas, Esq.
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, N.E.
Suite 2400
Atlanta, GA 30308

**VIA HAND DELIVERY**
Ian Connor Bifferato
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
Wilmington, DE 19801

**VIA HAND DELIVERY**
Kathleen M. Miller, Esquire
800 Delaware Avenue, 7th Floor
Wilmington, DE 19801
(Magten)

**VIA HAND DELIVERY**
Collin J Seitz, Jr., Esquire
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19801

**VIA HAND DELIVERY**
David L. Finger, Esquire
Finger & Slanina, P.A.
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801