IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Chapter 11 |
| NORTHWESTERN CORPORATION, | : |
| | : Case No. 03-12872 (JLP) |
|     Reorganized Debtor. | : |
| | : |
| | : |
| MAGTEN ASSET MANAGEMENT | : |
| CORPORATION, | : |
| | : |
|     Appellants, | : |
| | : **CONSOLIDATED** |
| v. | : Civil Action No. 04-1389-JJF |
| | : |
| NORTHWESTERN CORPORATION, | : |
| | : |
|     Appellee. | : |
| | : |

### FINAL ORDER

At Wilmington, this 29 day of September 2006, for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Debtor's Motion (i) To Dismiss Consolidated Appeals Of Magten Asset Management Corporation; And (ii) For Leave To Submit Opening Brief Which Exceeds 40 Pages (D.I. 67) is **GRANTED**.

2. The Motion By Magten Asset Management Corporation For Leave Pursuant To Local Rule 7.1.2(c), To Respond To D.I. 98 (D.I. 100) is **GRANTED**. The Response attached to the Motion is deemed filed.

3. The Motion For Joinder Of The Plan Committee In Support Of Northwestern's Motion To Dismiss Consolidated Appeals Of Magten Asset Management Corporation (D.I. 57) is **GRANTED**.

                                                      UNITED STATES DISTRICT JUDGE